UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOLLY MARIE HUMMEL, on behalf of herself and others similarly situated,

        Plaintiff,

  -against-

ASTRAZENECA PHARMACEUTICALS LP, *et al.*,

        Defendants.

Civil Action No.:  07 CV 5473 (VM)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, Defendant AstraZeneca LP, erroneously sued as AstraZeneca Pharmaceuticals LP, by and through its undersigned counsel, in the above captioned action, hereby states that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Dated: August 13, 2007

Respectfully submitted,

ASTRAZENECA LP

By: /s/ Shari M. Goldsmith
Shari M. Goldsmith (SG 0909)
JONES DAY
222 East 41st Street
New York, NY 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

Matthew M. Lampe (*pro hac vice* pending)
JONES DAY
325 John H. McConnell Boulevard
Suite 600
Columbus, Ohio 43215
Telephone: (614) 469-3939
Facsimile: (614) 461-4198

Harry I. Johnson, III (*pro hac vice* pending)
JONES DAY
555 S. Flower Street
Fiftieth Floor
Los Angeles, CA 90071
Telephone: (213) 489-3939
Facsimile: (213) 243-2539

Theresia Moser (*pro hac vice* pending)
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309
Telephone: (404) 521-3939
Facsimile: (404) 581-8330

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2007, the foregoing Corporate Disclosure Statement was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties:

> Charles Joseph
> 757 Third Avenue, Suite 2500
> New York, New York 10017
> Tel. (212) 688-5640
> Fax (212) 688-2548
>
> Eric B. Kingsley
> Kingsley & Kingsley
> 16133 Venture Blvd., Suite 1200
> Encino, California 91436
> Tex. (818) 990-8300
> Fax (818) 990-2903
>
> Ira Spiro
> Spiro Moss Barness LLP
> 11377 W. Olympic Blvd., 5th Floor
> Los Angeles, California 90064
> Tel. (310) 235-2468
> Fax (310) 235-2456

/s/ Shari M. Goldsmith

Shari M. Goldsmith (SG-0909)
Jones Day
222 East 41st Street
New York, NY 10017-6702
smgoldsmith@jonesday.com
(212) 326-3939