**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**HOLLY MARIE HUMMEL, on behalf of herself and others similarly situated,**

                    **Plaintiff,**

         -against-

**ASTRAZENECA PHARMACEUTICALS LP, *et al*.,**

                    **Defendants.**

---

Civil Action No.:  07 CV 5473 (VM)

**NOTICE OF MOTION AND MOTION FOR ADMISSION TO PRACTICE**
<u>**PRO**</u> <u>**HAC**</u> <u>**VICE**</u>

                    PLEASE TAKE NOTICE, that upon the annexed Affidavit of Shari M. Goldsmith, sworn to on August 13, 2007, and the exhibits annexed thereto, defendant AstraZeneca LP, erroneously sued as AstraZeneca Pharmaceuticals LP (hereinafter, "AstraZeneca"), will move this Court, before the Honorable Victor Marrero, United States Judge, United States Courthouse, 500 Pearl Street, New York 10007, pursuant to Rule 1.3(c) of the Local Rules of the United States Court for the Southern and Eastern Districts of New York, for an Order allowing the <u>pro</u> <u>hac</u> <u>vice</u> admissions of Matthew W. Lampe, Harry I. Johnson III and Theresia M. Moser to appear and practice before this Court as attorneys on behalf of AstraZeneca in this civil action.  There are no pending disciplinary proceedings against Attorneys Lampe, Johnson or Moser in any State or Federal court.

Dated: New York, New York
      August 13, 2007

                                         /s/ Shari M. Goldsmith
                                        Shari M. Goldsmith  (SG-0909)
                                        JONES DAY
                                        222 East 41st Street
                                        New York, NY  10017
                                        (212) 326-3939

                                        *Attorneys for Defendant*
                                        *AstraZeneca Pharmaceuticals LP*

TO:    Charles Joseph
       757 Third Avenue, Suite 2500
       New York, New York 10017
       Tel. (212) 688-5640
       Fax (212) 688-2548

       Eric B. Kingsley
       Kingsley & Kingsley
       16133 Venture Blvd., Suite 1200
       Encino, California 91436
       Tex. (818) 990-8300
       Fax (818) 990-2903

       Ira Spiro
       Spiro Moss Barness LLP
       11377 W. Olympic Blvd., 5th Floor
       Los Angeles, California 90064
       Tel. (310) 235-2468
       Fax (310) 235-2456