UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **HOLLY MARIE HUMMEL, on behalf of herself and others similarly situated,**<br><br>**Plaintiff,**<br><br>-against-<br><br>**ASTRAZENECA PHARMACEUTICALS LP,** *et al.*,<br><br>**Defendants.** | Civil Action No.:  07 CV 5473 (VM)<br><br>AFFIDAVIT OF SHARI M. GOLDSMITH IN SUPPORT OF MOTION FOR ADMISSION <u>PRO</u> <u>HAC</u> <u>VICE</u> |

SHARI M. GOLDSMITH, being duly sworn, deposes and says:

1. I am a member of the bar of this Court and an associate of Jones Day, counsel to defendant AstraZeneca LP, erroneously sued as AstraZeneca Pharmaceuticals LP (hereinafter, "AstraZeneca"). I submit this affidavit in support of AstraZeneca's application for an order granting Matthew W. Lampe, Harry I. Johnson III and Theresia M. Moser <u>pro</u> <u>hac</u> <u>vice</u> admission to this Court to argue and try the above-captioned action, in whole or in part, on behalf of AstraZeneca pursuant to Rule 1.3(c) of the Local Rules for the United States District Court for the Southern and Eastern Districts of New York.

2. Matthew W. Lampe is a member of Jones Day. He was admitted to practice before the courts of the State of Ohio on November 6, 1989. He has been and is a member in good standing of the aforementioned bar. His Certificate of Good Standing from the Clerk of the Supreme Court of Ohio is annexed hereto as Exhibit A.

3. Harry I. Johnson III is a member of Jones Day. He was admitted to practice before the courts of the State of California on January 25, 1999, the courts of the Commonwealth of Virginia on October 6, 1994, and the courts of the District of Columbia on January 5, 1996.

He has been and is a member in good standing of the aforementioned bars. His Certificates of Good Standing from the Clerk of the Supreme Court of California, the Clerk of the Supreme Court of Virginia, and the Clerk of the Court of Appeals for the District of Columbia are annexed hereto as Exhibits B, C and D, respectively.

4. Theresia M. Moser is a member of Jones Day. She was admitted to practice before the courts of the State of Georgia on November 20, 1995. She has been and is a member in good standing of the aforementioned bar. Her Certificate of Good Standing from the Clerk of the Supreme Court of Georgia is annexed hereto as Exhibit E.

5. Pursuant to Local Civil Rule 1.3(c) of the United States District Court for the Southern District of New York, I request that Matthew W. Lampe, Harry I. Johnson III and Theresia M. Moser be permitted to participate in, argue and try the above-captioned case.

6. Because no novel issue of law is involved in this motion, I further request that this Court waive the requirement of a supporting memorandum of law pursuant to Local Civil Rule 7.1 of the United States District Court for the Southern District of New York.

7. Attached as Exhibit F is a proposed order granting this motion.

8. There has been no prior application for the relief requested herein.

WHEREFORE, it is respectfully requested that this Court grant Matthew W. Lampe, Harry I. Johnson III and Theresia M. Moser pro hac vice admission to the bar of this Court for the purpose of participating in, arguing and trying this case.

Dated: August 13, 2007

Shari M. Goldsmith

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2007, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties:

> Charles Joseph
> 757 Third Avenue, Suite 2500
> New York, New York 10017
> Tel. (212) 688-5640
> Fax (212) 688-2548
>
> Eric B. Kingsley
> Kingsley & Kingsley
> 16133 Venture Blvd., Suite 1200
> Encino, California 91436
> Tex. (818) 990-8300
> Fax (818) 990-2903
>
> Ira Spiro
> Spiro Moss Barness LLP
> 11377 W. Olympic Blvd., 5th Floor
> Los Angeles, California 90064
> Tel. (310) 235-2468
> Fax (310) 235-2456

> /s/ Shari M. Goldsmith
> Shari M. Goldsmith (SG-0909)
> Jones Day
> 222 East 41st Street
> New York, NY 10017-6702
> smgoldsmith@jonesday.com
> (212) 326-3939