Howard W. Martin, Jr., President
Crenshaw, Ware & Martin, P.L.C.
1200 Bank of America Center
Norfolk, VA 23510-2111
Telephone: (757) 623-3000

Manuel A. Capsalis, President-elect
Capsalis, Bruce & Reaser, P.L.C.
2200 Wilson Boulevard, Suite 800
Arlington, VA 22201
Telephone: (703) 358-9620

Karen A. Gould, Immediate Past President
McSweeney, Crump, Childress & Gould, P.C.
11 South Twelfth Street
Richmond, VA 23219
Telephone: (804) 545-2415

George W. Chabalewski
Bar Counsel



# Virginia State Bar

Eighth and Main Building
707 East Main Street, Suite 1500
Richmond, Virginia 23219-2800
Telephone: (804) 775-0500

Facsimile: (804) 775-0501    TDD: (804) 775-0502

Thomas A. Edmonds
Executive Director and
Chief Operating Officer

Mary Yancey Spencer
Deputy Executive Director

Elizabeth L. Keller
Assistant Executive Director
for Bar Services

Susan C. Busch
Assistant Executive Director
for Administration

August 3, 2007

### CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **HARRY ISAAC JOHNSON, III** IS AN ASSOCIATE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MR. JOHNSON** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 6, 1994**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

SINCERELY,

*Thomas A. Edmonds* (signature)

THOMAS A. EDMONDS
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER