**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **HOLLY MARIE HUMMEL, on behalf of herself and others similarly situated,**<br><br>        **Plaintiff,**<br><br>     -against-<br><br>**ASTRAZENECA PHARMACEUTICALS LP, *et al.*,**<br><br>        **Defendants.** | Civil Action No.:  07 CV 5473 (VM)<br><br>**[PROPOSED] ORDER GRANTING ADMISSION TO PRACTICE <u>PRO</u> <u>HAC</u> <u>VICE</u>** |

AND NOW, having considered Defendant's request for *pro hac vice* admission pursuant to Local Rule 1.3(c), IT IS HEREBY ORDERED that said request is GRANTED.  The admitted attorneys Matthew W. Lampe, Harry I. Johnson III and Theresia M. Moser, are permitted to appear and practice before this Court in the above-captioned case for purposes of representing Defendant.

Each attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fees.

This Order confirms the appearance of Matthew W. Lampe, Harry I. Johnson III and Theresia M. Moser as counsel for Defendant in this case, and it will be entered on the Court's docket.  A notation of the admission *pro hac vice* for the above-listed case will be made on the roll of attorneys.

The attorneys admitted *pro hac vice* must serve a copy of this Order on all other

counsel in this case.

Dated: New York, New York
_____, 2007

_____

Victor Marrero
United States District Judge