UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **HOLLY MARIE HUMMEL, on behalf of herself and others similarly situated,**<br><br>Plaintiff,<br><br>-against-<br><br>**ASTRAZENECA PHARMACEUTICALS LP,** *et al.*,<br><br>**Defendants.** | Civil Action No.:  07 CV 5473 (VM)<br><br>**NOTICE OF MOTION AND MOTION FOR ADMISSION TO PRACTICE**<br>**PRO HAC VICE** |

PLEASE TAKE NOTICE, that upon the annexed Affidavit of Shari M. Goldsmith, sworn to on August 13, 2007, and the exhibits annexed thereto, defendant AstraZeneca LP, erroneously sued as AstraZeneca Pharmaceuticals LP (hereinafter, "AstraZeneca"), will move this Court, before the Honorable Victor Marrero, United States Judge, United States Courthouse, 500 Pearl Street, New York 10007, pursuant to Rule 1.3(c) of the Local Rules of the United States Court for the Southern and Eastern Districts of New York, for an Order allowing the pro hac vice admissions of Matthew W. Lampe, Harry I. Johnson III and Theresia M. Moser to appear and practice before this Court as attorneys on behalf of AstraZeneca in this civil action.  There are no pending disciplinary proceedings against Attorneys Lampe, Johnson or Moser in any State or Federal court.

- 2 -

Dated: New York, New York
      August 13, 2007

*[signature]*
Shari M. Goldsmith (SG-0909)
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939

*Attorneys for Defendant*
*AstraZeneca Pharmaceuticals LP*

TO:    Charles Joseph
        757 Third Avenue, Suite 2500
        New York, New York 10017
        Tel. (212) 688-5640
        Fax (212) 688-2548

        Eric B. Kingsley
        Kingsley & Kingsley
        16133 Venture Blvd., Suite 1200
        Encino, California 91436
        Tex. (818) 990-8300
        Fax (818) 990-2903

        Ira Spiro
        Spiro Moss Barness LLP
        11377 W. Olympic Blvd., 5th Floor
        Los Angeles, California 90064
        Tel. (310) 235-2468
        Fax (310) 235-2456

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOLLY MARIE HUMMEL, on behalf of herself and others similarly situated,<br><br>              **Plaintiff,**<br><br>-against-<br><br>**ASTRAZENECA PHARMACEUTICALS LP,** *et al.*,<br><br>              **Defendants.** | Civil Action No.: 07 CV 5473 (VM)<br><br>**AFFIDAVIT OF SHARI M. GOLDSMITH IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

SHARI M. GOLDSMITH, being duly sworn, deposes and says:

1.    I am a member of the bar of this Court and an associate of Jones Day, counsel to defendant AstraZeneca LP, erroneously sued as AstraZeneca Pharmaceuticals LP (hereinafter, "AstraZeneca"). I submit this affidavit in support of AstraZeneca's application for an order granting Matthew W. Lampe, Harry I. Johnson III and Theresia M. Moser pro hac vice admission to this Court to argue and try the above-captioned action, in whole or in part, on behalf of AstraZeneca pursuant to Rule 1.3(c) of the Local Rules for the United States District Court for the Southern and Eastern Districts of New York.

2.    Matthew W. Lampe is a member of Jones Day. He was admitted to practice before the courts of the State of Ohio on November 6, 1989. He has been and is a member in good standing of the aforementioned bar. His Certificate of Good Standing from the Clerk of the Supreme Court of Ohio is annexed hereto as Exhibit A.

3.    Harry I. Johnson III is a member of Jones Day. He was admitted to practice before the courts of the State of California on January 25, 1999, the courts of the Commonwealth of Virginia on October 6, 1994, and the courts of the District of Columbia on January 5, 1996.

He has been and is a member in good standing of the aforementioned bars. His Certificates of Good Standing from the Clerk of the Supreme Court of California, the Clerk of the Supreme Court of Virginia, and the Clerk of the Court of Appeals for the District of Columbia are annexed hereto as Exhibits B, C and D, respectively.

4.  Theresia M. Moser is a member of Jones Day. She was admitted to practice before the courts of the State of Georgia on November 20, 1995. She has been and is a member in good standing of the aforementioned bar. Her Certificate of Good Standing from the Clerk of the Supreme Court of Georgia is annexed hereto as Exhibit E.

5.  Pursuant to Local Civil Rule 1.3(c) of the United States District Court for the Southern District of New York, I request that Matthew W. Lampe, Harry I. Johnson III and Theresia M. Moser be permitted to participate in, argue and try the above-captioned case.

6.  Because no novel issue of law is involved in this motion, I further request that this Court waive the requirement of a supporting memorandum of law pursuant to Local Civil Rule 7.1 of the United States District Court for the Southern District of New York.

7.  Attached as Exhibit F is a proposed order granting this motion.

8.  There has been no prior application for the relief requested herein.

WHEREFORE, it is respectfully requested that this Court grant Matthew W. Lampe, Harry I. Johnson III and Theresia M. Moser pro hac vice admission to the bar of this Court for the purpose of participating in, arguing and trying this case.

Dated: August 13, 2007

Shari M. Goldsmith

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2007, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties:

Charles Joseph
757 Third Avenue, Suite 2500
New York, New York 10017
Tel. (212) 688-5640
Fax (212) 688-2548

Eric B. Kingsley
Kingsley & Kingsley
16133 Venture Blvd., Suite 1200
Encino, California 91436
Tex. (818) 990-8300
Fax (818) 990-2903

Ira Spiro
Spiro Moss Barness LLP
11377 W. Olympic Blvd., 5th Floor
Los Angeles, California 90064
Tel. (310) 235-2468
Fax (310) 235-2456

Shari M. Goldsmith (SG-0909)
Jones Day
222 East 41st Street
New York, NY 10017-6702
smgoldsmith@jonesday.com
(212) 326-3939

3

# The Supreme Court of Ohio

### C E R T I F I C A T E

     I, RICHARD A. DOVE, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Registration & CLE of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

                       Matthew Willis Lampe

was admitted to the practice of law in Ohio on November 06, 1989; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

                       IN TESTIMONY WHEREOF, I have subscribed my
                       name and affixed the seal of the Supreme Court, this
                       30th day of July, 2007.

                       RICHARD A. DOVE
                       *Director, Attorney Services Division*

                       *Attorney Registration Assistant*



**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

August 3, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, HARRY ISAAC JOHNSON, III, #200257 was admitted to the practice of law in this state by the Supreme Court of California on January 25, 1999; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

Howard W. Martin, Jr., President
Crenshaw, Ware & Martin, P.L.C.
1200 Bank of America Center
Norfolk, VA 23510-2111
Telephone: (757) 623-3000

Manuel A. Capsalis, President-elect
Capsalis, Bruce & Reaser, P.L.C.
2200 Wilson Boulevard, Suite 800
Arlington, VA 22201
Telephone: (703) 358-9620

Karen A. Gould, Immediate Past President
McSweeney, Crump, Childress & Gould, P.C.
11 South Twelfth Street
Richmond, VA 23219
Telephone: (804) 545-2415

George W. Chabalewski
Bar Counsel



# Virginia State Bar

Eighth and Main Building
707 East Main Street, Suite 1500
Richmond, Virginia 23219-2800
Telephone: (804) 775-0500

Facsimile: (804) 775-0501   TDD: (804) 775-0502

Thomas A. Edmonds
Executive Director and
Chief Operating Officer

Mary Yancey Spencer
Deputy Executive Director

Elizabeth L. Keller
Assistant Executive Director
for Bar Services

Susan C. Busch
Assistant Executive Director
for Administration

August 3, 2007

### CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **HARRY ISAAC JOHNSON, III** IS AN ASSOCIATE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MR. JOHNSON** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 6, 1994**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

SINCERELY,

*Thomas A. Edmonds*

THOMAS A. EDMONDS
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

HARRY ISSAC JOHNSON III

was on the 5TH day of JANUARY, 1996 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 2, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk



LEAH WARD SEARS, CHIEF JUSTICE
CAROL W. HUNSTEIN, PRESIDING JUSTICE
ROBERT BENHAM
GEORGE H. CARLEY
HUGH P. THOMPSON
P. HARRIS HINES
HAROLD D. MELTON
    JUSTICES

# Supreme Court
# State of Georgia

STATE JUDICIAL BUILDING

Atlanta 30334

THERESE S. BARNES, CLERK
JEAN RUSKELL, REPORTER

August 2, 2007

    I hereby certify that Theresia M. Moser, Esq., was admitted on the 20th day of November, 1995, as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date she has been and is now a member of this bar in good standing, as appears from the records and files in this office.

    Witness my signature and the seal of this Court hereto affixed the day and year first above written.

*Nathaniel X. Middleton*
Deputy Clerk, Supreme Court of Georgia

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOLLY MARIE HUMMEL, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>ASTRAZENECA PHARMACEUTICALS LP, *et al.*,<br><br>**Defendants.** | Civil Action No.: 07 CV 5473 (VM)<br><br>**[PROPOSED] ORDER GRANTING ADMISSION TO PRACTICE <u>PRO HAC VICE</u>** |

AND NOW, having considered Defendant's request for *pro hac vice* admission pursuant to Local Rule 1.3(c), IT IS HEREBY ORDERED that said request is GRANTED. The admitted attorneys Matthew W. Lampe, Harry I. Johnson III and Theresia M. Moser, are permitted to appear and practice before this Court in the above-captioned case for purposes of representing Defendant.

Each attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fees.

This Order confirms the appearance of Matthew W. Lampe, Harry I. Johnson III and Theresia M. Moser as counsel for Defendant in this case, and it will be entered on the Court's docket. A notation of the admission *pro hac vice* for the above-listed case will be made on the roll of attorneys.

    The attorneys admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Dated: New York, New York
    _____, 2007

                  _____
                  Victor Marrero
                  United States District Judge