UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| HOLLY MARIE HUMMELL, on behalf of herself and others similarly situated, | § § § | CAUSE NO. 07-CV-5473 (VM) |
| Plaintiffs, | § § | |
| v. | § § | |
| ASTRAZENECA PHARMACEUTICALS, LP, et al. | § § § | **MOTION TO ADMIT COUNSEL** **_PRO HAC VICE_** |
| Defendants. | § § § § | |

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | James A. Jones |
| Firm Name: | Gillespie, Rozen, Watsky & Jones, P.C. |
| Address: | 3402 Oak Grove Avenue, Suite 200 |
| City/State/Zip: | Dallas, Texas 75204 |
| Phone Number: | (214) 720-2009 |
| Fax Number: | (214) 720-2291 |

James A. Jones is a member in good standing of the Bar of the State of Texas.

There are no pending disciplinary proceedings against James A. Jones in any State or Federal court.

Dated: _____, 2008.
City, State:    New York, New York.

Respectfully submitted:

By: _____
Charles E. Joseph (CJ 9442)
JOSEPH AND HERZFELD, LLP
757 Third Avenue, 25th Floor
New York, New York 10017
(212) 688-5640 phone
(212) 688-2548 fax

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was forwarded on
this ___ day of _____, 2008, in the following manner to:

Harry I. Johnson, III, Esq.                    James A. Jones, Esq.
Matthew W. Lampe, Esq.                         GILLESPIE, ROZEN, WATSKY & JONES, P.C.
Shari Michelle Goldsmith, Esq.                 3402 Oak Grove Avenue, Suite 200
Theresia M. Moser                              Dallas, Texas 75204
JONES DAY
222 East 41st Street
New York, New York 10017


☐ Hand Delivery
■ U.S. First Class Mail, postage pre-paid
☐ Certified Mail, Return Receipt Requested
☐ Overnight Express Mail
☐ Facsimile
☐ Electronic Mail (*e-mail*)

_____
Charles E. Joseph

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| HOLLY MARIE HUMMELL, on behalf of herself and others similarly situated, | § § § | CAUSE NO. 07-CV-5473 (VM) |
| Plaintiffs, | § § | |
| v. | § § | |
| ASTRAZENECA PHARMACEUTICALS, LP, et al. | § § § § | **AFFIDAVIT OF CHARLES E. JOSEPH IN SUPPORT OF MOTION TO ADMIT COUNSEL _PRO HAC VICE_** |
| Defendants. | § § § | |

Charles E. Joseph, being duly sworn, hereby deposes and says as follows:

1.    I am a member of Joseph and Herzfeld, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit James A. Jones as counsel _pro hac vice_ to represent Plaintiff in this matter.

2.    I am a member in good standing of the bar of the State of New York, and was admitted to practice law in May of 1991. I am also admitted to the bar of the United States District Court for the Southern District of New York and am in good standing with this Court.

3.    James A. Jones is a member of Gillespie, Rozen, Watsky & Jones, P.C. in Dallas, Texas.

4.    I have found Mr. Jones to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

5.    Accordingly, I am pleased to move the admission of James A. Jones, _pro hac vice_.

6.    I respectfully submit a proposed order granting admission of James A. Jones, _pro hac_

*vice*, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit James A. Jones, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: _____Feb 11_____, 2008
City, State:    New York, New York
Notarized:

BRIAN P. FREDERICK
NOTARY PUBLIC-STATE OF NY
No. 02FR6173888
Qualified In Nassau Co.
My Commission Expires

Respectfully submitted:

By: _____
Charles E. Joseph (CJ 9442)
JOSEPH AND HERZFELD, LLP
757 Third Avenue, 25th Floor
New York, New York 10017
(212) 688-5640 phone
(212) 688-2548 fax

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was forwarded on this 11 day of _____Feb_____, 2008, in the following manner to:

Harry I. Johnson, III, Esq.
Matthew W. Lampe, Esq.
Shari Michelle Goldsmith, Esq.
Theresia M. Moser
JONES DAY
222 East 41st Street
New York, New York 10017

James A. Jones, Esq.
GILLESPIE, ROZEN, WATSKY & JONES, P.C.
3402 Oak Grove Avenue, Suite 200
Dallas, Texas 75204

Ira Spiro
Gregory N. Karasik
SPIRO MOSS BARNESS, LLP
11377 West Olympic Blvd., 5th Fl.
Los Angeles, California 90064

Charles E. Joseph
Michael D. Palmer, Esq.
JOSEPH & HERZFELD, LLP
757 Third Avenue, 25th Floor
New York, New York 10017

Eric B. Kingsley, Esq.
KINGSLEY & KINGSLEY, APC
16133 Ventura Blvd., Ste. 1200
Encino, California 91436

☐ Hand Delivery
■ U.S. First Class Mail, postage pre-paid
☐ Certified Mail, Return Receipt Requested
☐ Overnight Express Mail
☐ Facsimile
☐ Electronic Mail (*e-mail*)

_____
Charles E. Joseph

# STATE BAR OF TEXAS



**Office of The Chief Disciplinary Counsel**

January 29, 2008

RE:    **Mr. James A. Jones**
State Bar Number - **10908300**

To Whom it May Concern:

This is to certify that Mr. James A. Jones was licensed to practice law in Texas on May 10, 1985 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

John A. Neal
Chief Disciplinary Counsel

JN/dh



**P.O. Box 12487, Capitol Station, Austin, Texas 78711, 512-427-1463 or 1-800-204-2222**

# Certificate of Good Standing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

I, **KAREN MITCHELL**, Clerk of the United States District Court, Northern District of Texas, DO HEREBY CERTIFY that **James A. Jones**, Bar **#10908300**, was duly admitted to practice in said Court on **12/13/95**, and is in good standing as a member of the bar of said Court.

Signed at Dallas, Texas on January 23, 2008.

KAREN MITCHELL, Clerk

BY: _____

Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| HOLLY MARIE HUMMELL, on behalf of herself and others similarly situated, | § § § | CAUSE NO. 07-CV-5473 (VM) |
| Plaintiffs, | § § § | |
| v. | § § | |
| ASTRAZENECA PHARMACEUTICALS, LP, et al. | § § § | **ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION** |
| Defendants. | § § § § | |

Upon the Motion of Charles E. Joseph, attorney for Plaintiff in the above captioned matter, and said sponsor attorney's affidavit in support:

IT IS HEREBY ORDERED that

Applicant's Name:      James A. Jones
Firm Name:            Gillespie, Rozen, Watsky & Jones, P.C.
Address:              3402 Oak Grove Avenue, Suite 200
City/State/Zip:       Dallas, Texas 75204
Phone Number:         (214) 720-2009
Fax Number:           (214) 720-2291
Email Address:        jaj@grwlawfirm.com

is admitted to practice *pro hac vice* as counsel for Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated:
City, State:     New York, New York

_____
United States District/Magistrate Judge