UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-22-08

| | |
|---|---|
| HOLLY MARIE HUMMELL, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ASTRAZENECA PHARMACEUTICALS, LP, et al.<br><br>Defendants. | CAUSE NO. 07-CV-5473 (VM)<br><br>**ORDER FOR ADMISSION**<br>***PRO HAC VICE***<br>**ON WRITTEN MOTION** |

    Upon the Motion of Charles E. Joseph, attorney for Plaintiff in the above captioned matter, and said sponsor attorney's affidavit in support:

    IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | James A. Jones |
| Firm Name: | Gillespie, Rozen, Watsky & Jones, P.C. |
| Address: | 3402 Oak Grove Avenue, Suite 200 |
| City/State/Zip: | Dallas, Texas 75204 |
| Phone Number: | (214) 720-2009 |
| Fax Number: | (214) 720-2291 |
| Email Address: | jaj@grwlawfirm.com |

is admitted to practice *pro hac vice* as counsel for Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: 2-2 February 2008
City, State: New York, New York

_____
Victor Marrero
United States District ~~Magistrate~~ Judge