# JOSEPH & HERZFELD LLP
Attorneys at Law

Charles Joseph
Diane Hester
Michael D. Palmer
D. Maimon Kirschenbaum
Brian P. Fredericks
Michael DiChiara*
*Also admitted in New Jersey and Massachusetts

757 Third Avenue, 25th Floor
New York, NY 10017
Phone: (212) 688-5640
Fax: (212) 688-2548

www.jhllp.com

Of counsel:
Andrew Dwyer**
**Also admitted in New Jersey

May 23, 2008

VIA FACSIMILE
(212) 805-6382

Honorable Victor Marrero
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 660
New York, NY 10007

```
┌────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____      │
│ DATE FILED: 5-23-08         │
└────────────────────────────┘
```

Re: *Hummel, et al. v. AstraZeneca, et al.*
    Case No.: 07-cv-5473

Dear Judge Marrero:

I write to confirm, based upon agreement between the parties and a conversation with Chambers this morning, that the status conference scheduled for today at 2:00pm has been adjourned to Friday, May 30, 2008. It is my understanding that the Court will provide the parties with a time for the conference.

Thank you for your consideration.

Respectfully submitted,

Michael DiChiara

cc: Matthew Lampe, Esq.

```
┌─────────────────────────────────────┐
│ Request GRANTED. The next status    │
│ conference herein is rescheduled to  │
│ 5-30-08 at 1:15 p.m.                 │
│                                      │
│ SO ORDERED.                          │
│                                      │
│ 5-23-08                              │
│ DATE        VICTOR MARRERO, U.S.D.J. │
└─────────────────────────────────────┘
```