# JOSEPH & HERZFELD LLP
Attorneys at Law

Charles Joseph
Diane Hester
Michael D. Palmer
D. Maimon Kirschenbaum
Brian P. Fredericks
Michael DiChiara*
*Also admitted in New Jersey and Massachusetts

Of counsel:
Andrew Dwyer**
**Also admitted in New Jersey

757 Third Avenue, 25th Floor
New York, NY 10017
Phone: (212) 688-5640
Fax: (212) 688-2548

www.jhllp.com



May 30, 2008

VIA FACSIMILE
(212) 805-6382

Honorable Victor Marrero
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 660
New York, NY 10007

Re: *Hummel, et al. v. AstraZeneca, et al.*
    Case No.: 07-cv-5473

Dear Judge Marrero:

This firm represents Plaintiff in the above-referenced class action. I write to request an extension of time, until June 6, 2008, for Plaintiff to file her Motion for Class Certification. The reasons for this request are set forth below.

Plaintiff's Motion for Class Certification is currently due to be filed today. The attorney who was working on the motion became very ill yesterday and was unable to complete the motion. I was in San Diego and Phoenix this week, thus I was unable to assist on the motion.

Accordingly, Plaintiff requests that the Court grant an extension of time until June 6, 2008, for Plaintiff to file her Motion for Class Certification. I have spoken to defense counsel, and Defendant consents to this request.

Thank you for your consideration of this request.

Respectfully submitted,

*Michael DiChiara*

Michael DiChiara

cc: Matthew Lampe, Esq.
  Harry Johnson, Esq.

> Request granted. The time for plaintiff to file a motion for class certification herein is extended to 6-6-08.
>
> SO ORDERED:
> 5-30-08
> DATE       VICTOR MARRERO, U.S.D.J.