UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOLLY MARIE HUMMEL, on behalf of herself and others similarly situated,<br><br>        Plaintiff,<br><br>  -against-<br><br>ASTRAZENECA LP,<br><br>        Defendant. | Case No. 07-CV-5473(VM) |

### DEFENDANT ASTRAZENECA'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT

      PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Points and Authorities, Defendant's Concise Statement of Undisputed Material Facts, the Appendices of Evidence in Support of Defendant's Motion for Summary Judgment, and all exhibits thereto, and all other pleadings and documents on file herein, Defendant AstraZeneca LP ("AstraZeneca" or the "Company"), by and through its undersigned counsel, will move this Court before the Honorable Victor Marrero, in Courtroom 20-B of the United States District Court for the Southern District of New York, 500 Pearl Street, New York 10007, at a date and time to be determined by the Court, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Civil Rule 56.1 granting judgment in favor of AstraZeneca and against Plaintiff Holly Marie Hummel ("Plaintiff") as to all of Plaintiff's claims herein, and such other and further relief as the Court deems just and proper under the circumstances.

- 2 -

Dated:  May 30, 2008    Jones Day

By:  /s/ Shari M. Goldsmith
Matthew M. Lampe (*pro hac vice*)
Shari M. Goldsmith  (SG 0909)
JONES DAY
222 East 41st Street
New York, NY  10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
mwlampe@jonesday.com
smgoldsmith@jonesday.com

Harry I. Johnson, III (*pro hac vice*)
JONES DAY
555 S. Flower Street
Fiftieth Floor
Los Angeles, CA  90071
Telephone: (213) 489-3939
Facsimile: (213) 243-2539
harryjohnson@jonesday.com

Theresia Moser (*pro hac vice*)
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309
Telephone: (404) 521-3939
Facsimile:  (404) 581-8330
tmoser@jonesday.com

*Attorneys for Defendant*
*AstraZeneca LP*

- 3 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on May 30, 2008, the foregoing was served electronically and by U.S. first class mail upon the following counsel who have registered with ECF:

>Charles Joseph
>Michael Palmer
>JOSEPH & HERZFELD
>757 Third Avenue, Suite 2500
>New York, New York 10017
>Tel:  212-688-5640
>Fax:  212-688-2548
>
>James A. Jones
>GILLESPIE, ROZEN, WATSKY & JONES, P.C.
>3402 Oak Grove Avenue
>Suite 200
>Dallas, TX  75204
>Tel:  214-720-2009
>Fax:  214-720-2291

/s/ Shari M. Goldsmith

Shari M. Goldsmith (SG-0909)
Jones Day
222 East 41st Street
New York, NY 10017-6702
smgoldsmith@jonesday.com
(212) 326-3939

NYI-4090675v1