# DOCUMENT MANUALLY FILED UNDER SEAL PURSUANT TO COURT ORDER (DOCKET NO. 20)