UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOLLY MARIE HUMMEL, on behalf of herself and others similarly situated,

    Plaintiff,

-against-

ASTRAZENECA LP,

    Defendant.

Case No. 07-CV-5473(VM)

**MANUALLY FILED UNDER SEAL PURSUANT TO COURT ORDER (DOCKET NO. 20)**

### DEFENDANT ASTRAZENECA'S APPENDIX OF RECORD EVIDENCE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

### VOLUME I

Defendant AstraZeneca LP ("AstraZeneca") manually files under seal the within Appendix of Record Evidence – Volume I in support of its contemporaneously filed Motion for Summary Judgment. This Volume I is filed under seal pursuant to the Court's Order dated May 28, 2008 (Docket No. 20).

| Tab | Evidence |
|---|---|
| 1. | Deposition Transcript of Plaintiff Holly Hummel |
| 2. | 2002 Performance Evaluation |
| 3. | October 2002 Field Coaching Form |
| 4. | July 2004 Field Coaching Form |
| 5. | Email dated October 27, 2003 from James Ader |
| 6. | Email dated July 4, 2001 from Andrew Strow |

LAI-2952736v2

- 2 -

| Tab | Evidence |
|---|---|
| 7. | Email Dated July 1, 2004 from Mark Ragone |
| 8. | 2001 Performance Plan |
| 9. | 2004 Personal Scorecard |
| 10. | Email dated June 22, 2005 from Brian Heffernan to Hummel |

*[The remainder of this page intentionally left blank.]*

- 3 -

Dated: May 30, 2008                    Jones Day

                                       By: /s/ Shari K. Goldsmith
                                       Matthew M. Lampe (*pro hac vice*)
                                       Shari M. Goldsmith (SG 0909)
                                       JONES DAY
                                       222 East 41st Street
                                       New York, NY 10017
                                       Telephone: (212) 326-3939
                                       Facsimile: (212) 755-7306
                                       mwlampe@jonesday.com
                                       smgoldsmith@jonesday.com

                                       Harry I. Johnson, III (*pro hac vice*)
                                       JONES DAY
                                       555 S. Flower Street
                                       Fiftieth Floor
                                       Los Angeles, CA 90071
                                       Telephone: (213) 489-3939
                                       Facsimile: (213) 243-2539
                                       harryjohnson@jonesday.com

                                       Theresia Moser (*pro hac vice*)
                                       JONES DAY
                                       1420 Peachtree Street, N.E.
                                       Suite 800
                                       Atlanta, GA 30309
                                       Telephone: (404) 521-3939
                                       Facsimile: (404) 581-8330
                                       tmoser@jonesday.com

                                       *Attorneys for Defendant*
                                       *AstraZeneca LP*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on May 30, 2008, the foregoing was served electronically and by U.S. first class mail upon the following counsel who have registered with ECF:

>Charles Joseph
>Michael Palmer
>JOSEPH & HERZFELD
>757 Third Avenue, Suite 2500
>New York, New York 10017
>Tel: 212-688-5640
>Fax: 212-688-2548
>
>James A. Jones
>GILLESPIE, ROZEN, WATSKY & JONES, P.C.
>3402 Oak Grove Avenue
>Suite 200
>Dallas, TX 75204
>Tel: 214-720-2009
>Fax: 214-720-2291

*[signature]*

Shari M. Goldsmith (SG-0909)
Jones Day
222 East 41st Street
New York, NY 10017-6702
smgoldsmith@jonesday.com
(212) 326-3939