UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOLLY MARIE HUMMEL, on behalf of herself
and others similarly situated,

    Plaintiff,

-against-

ASTRAZENECA LP,

    Defendant.

Case No. 07-CV-5473(VM)

**DEFENDANT ASTRAZENECA'S APPENDIX OF RECORD EVIDENCE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

**VOLUME II (*FILED ELECTRONICALLY*)**

Defendant AstraZeneca LP ("AstraZeneca") submits the within Appendix of Record Evidence – Volume II in support of its contemporaneously filed Motion for Summary Judgment. Evidence at Tabs 1 through 10 is contained in Volume I and filed under seal pursuant to the Court's Order dated May 28, 2008 (Docket No. 20).

| Tab | Evidence |
| --- | --- |
| 11. | Declaration of Debra Ventura |
| 12. | Resume |
| 13. | Email dated February 10, 2004 from Hummel to Mark Ragone |
| 14. | Interactive Solution Selling Presentation Materials - 2001 |
| 15. | Interactive Strategic Selling Presentation - 2004 |
| 16. | Email dated December 30, 2000 from Andrew Strow regarding District Specialists |

LAI-2952740v2

- 2 -

| Tab | Evidence |
|---|---|
| 17. | Deposition testimony of Cindy Atha |
| 18. | Career Ladder Self Evaluation |
| 19. | March 2000 Field Coaching Form |
| 20. | Email dated October 18, 2002 from Hummel to Carianne Fugich |
| 21. | 2002 Resume |
| 22. | Email dated October 15, 2002 from Hummel to George Venidis. |
| 23. | Release |

- 3 -

Dated: May 30, 2008                                      Jones Day


                                                         By: /s/ Shari M. Goldsmith
                                                             Matthew M. Lampe (*pro hac vice*)
                                                             Shari M. Goldsmith (SG 0909)
                                                             JONES DAY
                                                             222 East 41st Street
                                                             New York, NY 10017
                                                             Telephone: (212) 326-3939
                                                             Facsimile: (212) 755-7306
                                                             mwlampe@jonesday.com
                                                             smgoldsmith@jonesday.com

                                                             Harry I. Johnson, III (*pro hac vice*)
                                                             JONES DAY
                                                             555 S. Flower Street
                                                             Fiftieth Floor
                                                             Los Angeles, CA 90071
                                                             Telephone: (213) 489-3939
                                                             Facsimile: (213) 243-2539
                                                             harryjohnson@jonesday.com

                                                             Theresia Moser (*pro hac vice*)
                                                             JONES DAY
                                                             1420 Peachtree Street, N.E.
                                                             Suite 800
                                                             Atlanta, GA 30309
                                                             Telephone: (404) 521-3939
                                                             Facsimile: (404) 581-8330
                                                             tmoser@jonesday.com

                                                             *Attorneys for Defendant*
                                                             *AstraZeneca LP*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on May 30, 2008, the foregoing was served electronically and by U.S. first class mail upon the following counsel who have registered with ECF:

>Charles Joseph
>Michael Palmer
>JOSEPH & HERZFELD
>757 Third Avenue, Suite 2500
>New York, New York 10017
>Tel: 212-688-5640
>Fax: 212-688-2548
>
>James A. Jones
>GILLESPIE, ROZEN, WATSKY & JONES, P.C.
>3402 Oak Grove Avenue
>Suite 200
>Dallas, TX 75204
>Tel: 214-720-2009
>Fax: 214-720-2291

>/s/ Shari M. Goldsmith
>
>Shari M. Goldsmith (SG-0909)
>Jones Day
>222 East 41st Street
>New York, NY 10017-6702
>smgoldsmith@jonesday.com
>(212) 326-3939