# Tab 12

DEFENDANT'S EXHIBIT 2 4/29/08

# Holly M. Hummel

17 OAK TERRACE, SUFFERN, NEW YORK 10901
Tele: (845) 369-1298 ■ E-Mail: Hummels@optonline.net

**PROFILE:** *Senior Sales Professional with extensive, diversified experience in pharmaceutical sales; a results-driven producer adept at building and retaining client relationships, conducting in-depth sales presentations, efficiently managing a territory and ensuring bottom-line profitability, coupled with a documented track record of accomplishments, seeks a position that fully capitalizes on this experience and training while providing further career growth and advancement potential as merited.*

**ATTRIBUTES:**
- PROVEN SALES / TRAINING / BUSINESS SKILLS
- CONSISTENT PRODUCER / QUICK TO LEARN
- ORGANIZED PLANNER / DECISION MAKER
- MULTI-TASKING TEAM LEADER
- EFFECTIVE COMMUNICATOR / NEGOTIATOR
- INTERACT POSITIVELY AT ALL LEVELS

**EXPERIENCE:**
10/05 to Present

**NOVARTIS, INC.**, East Hanover, NJ
*Initially hired by this leading pharmaceutical manufacturer to promote and sell their products to accounts in the lower Hudson Valley region, excluding New York City (10/05-03/06). Thereafter was transferred to my current territory.*
**Senior Neuroscience Specialist**
- Promote Novartis as a leader in the neuroscience marketplace, and sell a line of pharmaceutical products for Parkinson's Disease (*Stalevo & Comtan*), Epilepsy (*Trileptal*), ADHD (*Focalin XR*) and a newly launched product (*Exelon Patch*) for Alzheimer's and Parkinson's Disease and Dementia.
- Contact hospitals, private practice psychiatrists and neurologists in northern Manhattan and the Bronx to introduce and discuss the benefits and applications of our products.
- Organize educational meetings and dinner seminars for select clients.

**RESULTS:**
- Presently rank #6 out of 38 representatives in the region; average 115% of quota.
- Winner of the "*Race to the Finish*" sales contest for Trileptal.
- Currently on target for induction into the President's Club.

12/99 to 10/05

**ASTRAZENECA PHARMACEUTICALS, LP.**, Wilmington, DE
*Recruited by this major pharmaceutical manufacturer into a professional sales and product training program. Upon successful completion of training was assigned as a Pharmaceutical Sales Specialist to the Bronx, Manhattan and Westchester territory. As a result of continuous superior performance earned two subsequent promotions.*
**Pharmaceutical Sales Specialist** - SPECIALTY CARE / NEUROSCIENCE DIVISION (06/04-10/05)
- Managed and built the Westchester territory calling on psychiatrists in retail and non-retail accounts.
- Promoted and sold *Seroquel* used in treatment of patients with Bipolar Disease and Schizophrenia.
- Prepared detailed business plans of action designed to increase market share.
- Sponsored dinner programs featuring recognized medical leaders that provided education on psychiatric disorders and treatment of those illnesses.

**RESULTS:**
- Led the district in sales of *Seroquil*; achieved 180% of goal plan.
- Successfully launched a new bipolar product and obtained market leadership in the territory.
- Recipient of the "*Seroquil Leadership Award*" for continuous growth over a five-month period.

**Long Term Care Sales Specialist** - INSTITUTIONAL SALES DIVISION (12/02-06/04)
- Managed retail and non-retail accounts in Queens and Long Island; contacted pharmacy providers, consultant pharmacists, geriatric psychiatrists and geriatricians within nursing homes and other long-term care facilities to introduce *Seroquil* for treatment of schizophrenia and *Nexium* for acid reflux.
- Facilitated Continuing Education and Continuing Medical Education in-service programs.

**RESULTS:**
- Consistently exceeded all assigned monthly sales goals; increased retail / non-retail volume 32%.
- Appointed by management as *Customer Solutions Champion* for the District.

**Pharmaceutical Sales Specialist** - PRIMARY CARE / CARDIOVASCULAR DIVISION (01/00-12/02)
- Sold cardiovascular pharmaceuticals (*Crestor*) to physicians, cardiologists and hospitals in the Bronx, Manhattan and Westchester territory.

**RESULTS:**
- Led a sales team as *Team Captain* for a one-year product launch of Crestor; served as *District Training Champion*.

**EDUCATION:** University of Miami, Coral Gables, FL
BA Marketing (completed additional coursework in *Biology I, II* and *Lab*)...Graduated May 1998

**SKILLS:** *MS Word; Excel; PowerPoint; Lotus Notes; Internet; Windows*

**PERSONAL:** Motivated...Organized...Results Driven...Determined...Perceptive...Diplomatic...Focused