# Tab 13

| | |
|---|---|
| **From:** | Nelson, Holly |
| **Sent:** | Tuesday, February 10, 2004 1:11 PM |
| **To:** | Ragone, Mark A |
| **Subject:** | RE: Advanced Selling Class |

Hi Mark,
I spoke with Tony regarding this class when we spent the day in my territory together. At that time the last class was full, please pass along my name as I would really like to join this flexible selling styles class on March 3rd.
Thanks,
Holly

-----Original Message-----
| | |
|---|---|
| **From:** | Ragone, Mark A |
| **Sent:** | Monday, February 09, 2004 1:48 PM |
| **To:** | Baxter, Scott; Dailey, Daniel; DeLuca, Michael S; Gonzalez, Glisobel M; Heyliger, Anthony; Nelson, Holly; Ramirez, Paul; Shendell, Hilton S; Silberman, Ellen H |
| **Subject:** | FW: Advanced Selling Class |

Hi Clippers,

Does anyone want to be nominated for the advanced selling class?

Regards,

# Mark

Mark A. Ragone
District Sales Manager
NYC Hospitals / LTC
x66575

-----Original Message-----
| | |
|---|---|
| **From:** | Iannacone, Anthony |
| **Sent:** | Wednesday, February 04, 2004 1:58 PM |
| **To:** | Belcastro, James; Bernasconi, Tracy; Burdulis, Sarah M; Carey, Theresa A; Epps, Edward; Ferger, Jerome; Heffernan, Brian J; Kozar, Russell T; Ragone, Mark A; Sabia, Lisa M; Sciarrotta, Domenic; Shannon Jr, William P; Shelley, Kirby; Wilson, Catherine |
| **Cc:** | Delude, Mary; Castro, Chris; Blosser, Alan |
| **Subject:** | Advanced Selling Class |

Dear DSM's

I am scheduled to facilitate an advanced selling class March 3 & 4, 2004. Due to the materials needed and certified trainers available during this time the class will again be Flexible Selling Styles. If you have a PSS you feel would benefit from this class and would like to nominate please let me know as soon as possible so I can get the appropriate materials to them in enough time. The class will run from noon on the 3rd to approx. 3PM on the 4th. I currently have the names of Kristin Kunkle Somma and Ron Marts, and would like to keep the class to about 16. So the next 14 will be on a first come basis. Thanks for your help I will see you all in Chicago.

Tony

TONY IANNACONE
RT-CNS-SC
BOSTON BC
VM 41471
CELL-978-697-3823



DEFENDANT'S EXHIBIT
60
4/29/08

1