Tab 14

**From:**        Nelson, Holly
**Sent:**        Monday, September 10, 2001 9:15 PM
**To:**          Trombetta, Mark R
**Subject:**     FW: ISS presentation for emphasis meeting

**Attachments:**     Focus On ISS Facilitator Notes-PSS-AFC.doc; Focus on ISS-PSS-AFC.PPT

-----Original Message-----
**From:**        Strow, Andrew B
**Sent:**        Friday, August 31, 2001 4:07 PM
**To:**          Nelson, Holly
**Subject:**     ISS presentation for emphasis meeting

Holly:

Here is the presentation material for the ISS workshop that you will be conducting with Mark Trombetta at the upcoming emphasis meeting on the morning of the second day.  We will discuss more on Thursday when we work together.
-andrew



Focus On ISS            Focus on
Facilitator Notes...  S-PSS-AFC.PPT (882

1

DEFENDANT'S
EXHIBIT
13
4/29/08

000142591

# FOCUS ON ISS WORKSHOP:
## Present the Strategic Solution and Ask for Commitment

**Purpose:**      To help PSSs reinforce their knowledge of the
ISS process, specifically Present the Strategic Solution and
Ask for Commitment

**Materials:**      Facilitator's Guide
Flip Chart/Markers- 3 per room
Ovation/Overhead Projector
1 DSM and 1 DTC will present this workshop
CVAs for all products- PSSs to bring copies of CVAs
Copies of Power Point presentation- Provided by DSM

**Time:**      Focus on ISS:  Present the Strategic      20 minutes
Solution and Ask for Commitment


"What Good Looks Like"      15 minutes

Present the Strategic Solution and      20 minutes
Ask for Commitment Exercise

Practice Exercise      30 minutes

Wrap-up      <u>5 minutes</u>

Total Time      90 Minutes

For Internal Use Only

000142592



000142595

# Focus on ISS:

## Presenting the Strategic Solution

### &

### Asking For the Commitment





interactive
solution
selling

000142596

# Interactive Solution Selling Process



For Internal Use Only

3



interactive
solution
selling

000142597

# WHAT'S IN IT FOR ME

For Internal Use Only



interactive solution selling

4

000142598

# Expanding on the Customer's Need



- The Path of Identifying Prescribing Behavior and Identifying and Confirming Specific Needs questions has uncovered the customer's needs and they have been clarified and reconfirmed

Recognizing the Need

Must have a solution to this need now!

Once the Customer recognizes there is a need the next step is Presenting the Strategic Solution to satisfy their need

For Internal Use Only



interactive solution selling

5

000142599

# The Strategic Solution

**The Strategic Solution satisfies the need stated by the customer during the call and offers a product solution to that need gaining commitment to your call objective from the customer**



For Internal Use Only

interactive
solution
selling

6

000142600

# Satisfying Customer Needs



- During Identifying Prescribing Behavior and Identify and Confirm Specific Needs portions of the call the customer should state that the strategic solution is a need they have

- Understand what motivates the customer in their decision making process

- Present AstraZeneca product solutions in terms of what need they satisfy for the doctor and the patient.

The Bottom Line:

"So doctor, what this means for your patients is…"

For Internal Use Only

interactive
solution
selling

7

000142601

# Sell the Strategic Benefits

## Features vs. Benefits

- Customers do not prescribe/support a product for what it is
- They prescribe/support a product because of what it can do for them and their patients



Features Tell

Benefits Sell



interactive
solution
selling

8

000142602

# Selling the Strategic Benefits



**Example**

Product Feature → Patient Benefit → Customer Benefit

Once daily dose → Easy to take/use → Better convenience

For Internal Use Only

interactive solution selling

9

000142603

# Presenting Features And Benefits

**All features and benefits incorporated into a product discussion must support a balanced product discussion of benefits and risks and be consistent with the current promotional messages of AstraZeneca**

For Internal Use Only



interactive
solution
selling

10

000142604

# Differentiating Strategic Features and Benefits

Are you providing both in your Presentation of a Strategic Solution



## "So What" Test

- Help distinguish between features and benefits by using.... **So What?**

For Internal Use Only



interactive solution selling

11

000142605

# Presenting Strategic Solutions

## Summary

- A key skill to be used throughout the sales dialogue

- Know your customer's need... use strategic benefits and solutions to satisfy the need

- Present the strategic solution and sell the benefits

**If you have Presented a Strategic Solution that satisfies a need, that was uncovered during the call you have the right to Ask For the Commitment!**

For Internal Use Only



interactive
solution
selling

12

000142606

# Asking for Commitment

## A Request for Action

- The moment when the customer recognizes you have satisfied a need and agrees to proceed

  - Moving the customer from interest to commitment

    - Moving the customer along the product adoption spectrum



For Internal Use Only



interactive
solution
selling

13

000142607

# Asking for Commitment



**Definition:**

The action you want the customer to take to achieve the sales call objective

For Internal Use Only





interactive
solution
selling

14

000142608

# Asking for Commitment

## Three Step Process

Identify a commitment signal

Give a benefit summary (if appropriate)

Suggest action/ask a question for commitment

For Internal Use Only



interactive solution selling

000142609

# Ask a Question for Commitment

## Ask For the Commitment "Actively"

- "Will you prescribe ATACAND for the next appropriate hypertensive patient?"
- "Can we discuss how well this product worked for your patients when I come back to see you?"

## Avoid "Passive" Questions

- "Will you think about using this product for your patients who are currently experiencing these symptoms?"
- "Will you consider using these samples?"

For Internal Use Only



interactive
solution
selling

16

000142610

# Asking for Commitment



## Summary

- A request for action to achieve your call objective
- You have to ask!
- Use the technique that works best for you

For Internal Use Only

interactive solution selling

17

000142611



"What Good Looks Like"

interactive solution selling

000142612

# ATACAND

**Need: All ARBs are the same and I really just need one that will work, that is easy for my patients to take**

### Presenting Strategic Solution:

⋎ Doctor, you mentioned you need an ARB that works and is easy for your patients to comply with. Based on that need I would like to present new information supporting the proven and predictable dose response with the power of ATACAND® across a wide range of patient types...and this is evident from the ACTION trial data.

### Asking for the Commitment

⋎ Doctor, due to the fact that ATACAND is truly a proven effective once-a-day ARB for a wide variety of patient types, with powerful dosing flexibility will you prescribe ATACAND as a first line anti-hypertensive agent for your appropriate patients?



interactive
solution
selling

**19**

000142613

## TOPROL-XL

**Need:** If I were going to use a beta-blocker for HF it would need to have proven mortality benefits, otherwise I'll just stick to ACE inhibitors diuretics and digoxin

### Presenting the Strategic Solution

✓ Doctor, you mentioned that you have not used beta-blockers for heart failure in the past because you are skeptical about their benefits in those patients. Well I'd like to tell you about our new heart failure indication for TOPROL-XL. In the MERIT-HF trial, the risk of mortality was reduced by 34% for the patients taking TOPROL-XL versus placebo after they were already stabilized on baseline therapy of diuretics, ACE inhibitors and digoxin.

### Asking for the Commitment:

✓ Doctor, I would like to leave you a copy of the MERIT-HF trial for your review. Can we discuss this paper in more detail at my next visit?

For Internal Use Only



interactive
solution
selling

**20**

000142614

## ZESTRIL

**Need:** I receive a lot of phone calls from the pharmacist asking me to switch my patients from one drug to another because that is what is covered on the formulary.

**Presenting the Strategic Solution:**

- ⋎ Doctor you mentioned that formulary coverage of an ACE inhibitor is a major determining factor of your prescribing choices. I would like to review the formulary coverage held by the lisinopril molecule which will reduce the need for call backs to your office, alleviating the extra work created by those call backs and prior authorizations.

- ⋎ **Asking for the Commitment:**

- ⋎ Doctor, since the lisinopril molecule is covered on many formularies reducing the amount of prior authorizations and callbacks to your practice can I be assured that you will prescribe Zestril as your ACE of choice for all appropriate hypertensive, HF, and AMI patients?



interactive
solution
selling

21

000142615