# Now it's Your Turn!

**3 groups assigned different products and needs uncovered**

- **ATACAND**
  - <u>Need:</u> I receive a lot of rejections for ARBs not on formulary and then need to write Prior Authorizations which take too much time.

- **TOPROL-XL**
  - <u>Need:</u> A well tolerated beta blocker for heart failure patients.

- **ZESTRIL**
  - <u>Need:</u> A proven, efficacious ACE inhibitor for hypertension.

**Each Group will flip chart ways to Present a Strategic Solution and then Ask for the Commitment**

**TIP:** Control the conversation by using the Customer's words back at them....

interactive
solution
selling

000142616

# Let's Have Some Fun!

## Presenting the Strategic Solution
### &
## Asking for the Commitment

For Background Use Only



interactive
solution
selling

23

000142617



For Internal Use Only - Not To Be Used With Customers    12/9/2007

000142618



# Focus on ISS:

**Presenting the Strategic Solution**

**&**

**Asking For the Commitment**





interactive
solution
selling

| | |
|---|---|
| <u>Workshop Set-up: total time</u> | 90 minutes |
| PowerPoint Slides -- ISS Overview | 20 minutes |
| "What good looks like" | 15 minutes |
| Exercise | 20 minutes |
| Role-Play Exercise | 30 minutes |
| •     ZESTRIL - 10 minutes | |
| •     TOPROL-XL - 10 minutes | |
| •     ATACAND - 10 minutes | |
| Wrap-up | 5 minutes |

For Internal Use Only - Not To Be Used With Customers      12/9/2007

000142619



**Facilitator's Notes**

- The focus of this workshop is Present the Strategic Solution and Ask for Commitment.
- Ask the PSSs "What is the importance of the Present the Strategic Solution and Ask for Commitment parts of the ISS selling model?"

000142620

# WHAT'S
# IN
# IT
# FOR
# ME

interactive
solution
selling

For Internal Use Only

4

**Trainer's Notes**

- Present the three steps in asking for commitment to the call objective.

- Emphasize that in most cases you (the PSS) will be able to move from #1 (identifying "commitment signals") directly to #3 (suggesting action) without having to give a benefits summary. However, when in doubt, re-state the strategic benefit before asking the closing question.

- Stress also that a PSS will use this sequence more than once a call. In fact, this is the sequence used to "close" each call objective.

000142621



**Trainer's Notes**

- Emphasize the importance of **expanding** on the confirmed need in order to increase the **significance** of the Strategic Solution to the customer and the **sense of urgency** in addressing the need prior to Present the Strategic Solution

- Stress that the PSS should conduct a "**mental check**" (cognitive step) to ensure that they have identified the customer's specific need and have earned the right to move on in the sales dialogue to Present the Strategic Solution

- Emphasize that the PSS must then confirm with the customer the identified need before moving on in the sales dialogue

- <u>**Remind them that these are the skills we worked on the last time and now the next step will be presenting the ideal product solution to meet the customer's need**</u>

000142622



# The Strategic Solution



interactive
solution
selling



**The Strategic Solution satisfies the need stated by the customer during the call and offers a product solution to that need gaining commitment to your call objective from the customer**

For Internal Use Only

6

**Trainer's Notes**

- Present the definition of strategic benefit.

- Emphasize that a strategic benefit **always** has a **major impact** on the **desired results** (ie, the objective).

- In most cases, the strategic benefit will be closely linked to the promoted product's basic stance (key selling message) and the customer's specific identified/confirmed need.

000142623

## Satisfying Customer Needs



interactive
solution
selling

- During Identifying Prescribing Behavior and Identify and Confirm Specific Needs portions of the call the customer should state that the strategic solution is a need they have
- Understand what motivates the customer in their decision making process
- Present AstraZeneca product solutions in terms of what need they satisfy for the doctor and the patient.



The Bottom Line:

"So doctor, what this means for your patients is..."

For Internal Use Only

7

**Trainer's Notes**

- Begin by re-emphasizing that a Strategic Solution is only "Strategic" if it satisfies a customer's need. The customer should have already said the strategic solution is a need during the call and then the presentation of the strategic solution confirms that the product satisfies the need.

000142624



**Trainer's Notes**

- Present the concept of features and benefits using examples.  Stress the importance of selling the benefits.
- Use a familiar item (eg, glass, pen, etc.) to demonstrate the difference between a feature and benefit.

000142625



**Trainer's Notes**
- Emphasize the need to stress benefits to the physician and the patient.

000142626

# Presenting Features And Benefits



interactive
solution
selling

**All features and benefits incorporated into a product discussion must support a balanced product discussion of benefits and risks and be consistent with the current promotional messages of AstraZeneca**

For Internal Use Only

**10**

000142627



**Trainer's Notes**

- Present the "**so what**" test. If a customer can say "so what" to your statement, then you have probably communicated a feature and **not** a benefit. You need to answer the "so what's".

000142628

## Presenting Strategic Solutions



interactive
solution
selling

### Summary

- A key skill to be used throughout the sales dialogue
- Know your customer's need... use strategic benefits and solutions to satisfy the need
- Present the strategic solution and sell the benefits

If you have Presented a Strategic Solution that satisfies a need, that was uncovered during the call you have the right to Ask For the Commitment!

For Internal Use Only

12

**Trainer's Notes**

- Present these "summary" comments (and add your own) on presenting strategic solutions.

For Internal Use Only - Not To Be Used With Customers          12/9/2007

000142629

# Asking for Commitment

**A Request for Action**

- The moment when the customer recognizes you have satisfied a need and agrees to proceed
  - Moving the customer from interest to commitment
    - Moving the customer along the product adoption spectrum

interactive
solution
selling

For Internal Use Only

**13**

---

**Trainer's Notes**

- Present the definition of asking for commitment - a request for action.

- Emphasize that if all other steps have been done well – identifying/ satisfying the customer's need and present the strategic solution - then asking for commitment should really be just a formality.

000142630



**Trainer's Notes**

- Provide definition of **asking for commitment**.
- Stress that the PSS's **primary** call objective is to ask for commitment or in traditional sales language - "close the sale."

000142631



**Trainer's Notes**

- Present the three steps in asking for commitment to the call objective.
- Emphasize that in most cases you (the PSS) will be able to move from #1 (identifying "commitment signals") directly to #3 (suggesting action) without having to give a benefits summary. However, when in doubt, re-state the strategic benefit before asking the closing question.
- Stress also that a PSS will use this sequence more than once a call. In fact, this is the sequence used to "close" each call objective.

000142632

# Ask a Question for Commitment

interactive
solution
selling

### Ask For the Commitment "Actively"

- "Will you prescribe ATACAND for the next appropriate hypertensive patient?"
- "Can we discuss how well this product worked for your patients when I come back to see you?"

### Avoid "Passive" Questions

- "Will you think about using this product for your patients who are currently experiencing these symptoms?"
- "Will you consider using these samples?"

16

For Internal Use Only

000142633

# Asking for Commitment



interactive
solution
selling

**Summary**
- A request for action to achieve your call objective
- You have to ask!
- Use the technique that works best for you



For Internal Use Only

17

---

**Trainer's Notes**
- Summarize key messages before moving into practice.

---

000142634



"What Good
Looks Like"

interactive
solution
selling

000142635

## ATACAND
**Need: All ARBs are the same and I really just need one that will work, that is easy for my patients to take**


interactive
solution
selling

**Presenting Strategic Solution:**

> Doctor, you mentioned you need an ARB that works and is easy for your patients to comply with. Based on that need I would like to present new information supporting the proven and predictable dose response with the power of ATACAND® across a wide range of patient types...and this is evident from the ACTION trial data.

**Asking for the Commitment**

> Doctor, due to the fact that ATACAND is truly a proven effective once-a-day ARB for a wide variety of patient types, with powerful dosing flexibility will you prescribe ATACAND as a first line anti-hypertensive agent for your appropriate patients?

For Internal Use Only

19

Facilitator's Notes:

The next three slides contain some possible presentations of ways to effectively present strategic solutions and ask for commitment.

DSM:  Role-play this scenario with the DTC or another member of the district. During the role-play only present the strategic solution and ask for commitment.  Do not use the other parts of the ISS process for this demonstration.

000142636

## TOPROL-XL
**Need: If I were going to use a beta-blocker for HF it would need to have proven mortality benefits, otherwise I'll just stick to ACE inhibitors diuretics and digoxin**


interactive solution selling

**Presenting the Strategic Solution**

➢ Doctor, you mentioned that you have not used beta-blockers for heart failure in the past because you are skeptical about their benefits in those patients. Well I'd like to tell you about our new heart failure indication for TOPROL-XL. In the MERIT-HF trial, the risk of mortality was reduced by 34% for the patients taking TOPROL-XL versus placebo after they were already stabilized on baseline therapy of diuretics, ACE Inhibitors and digoxin.

**Asking for the Commitment:**

➢ Doctor, I would like to leave you a copy of the MERIT-HF trial for your review. Can we discuss this paper in more detail at my next visit?

For Internal Use Only

20

DSM: Role-play this scenario with the DTC or another member of the district. During the role-play only present the strategic solution and ask for commitment. Do not use the other parts of the ISS process for this demonstration

000142637

## ZESTRIL

**Need:** **I receive a lot of phone calls from the pharmacist asking me to switch my patients from one drug to another because that is what is covered on the formulary.**



interactive solution selling

**Presenting the Strategic Solution:**

> Doctor you mentioned that formulary coverage of an ACE inhibitor is a major determining factor of your prescribing choices. I would like to review the formulary coverage held by the lisinopril molecule which will reduce the need for call backs to your office, alleviating the extra work created by those call backs and prior authorizations.

> **Asking for the Commitment:**

> Doctor, since the lisinopril molecule is covered on many formularies reducing the amount of prior authorizations and callbacks to your practice can I be assured that you will prescribe Zestril as your ACE of choice for all appropriate hypertensive, HF, and AMI patients?

For Internal Use Only

21

---

DSM: Role-play this scenario with the DTC or another member of the district. During the role-play only present the strategic solution and ask for commitment. Do not use the other parts of the ISS process for this demonstration

000142638

## Now it's Your Turn!



interactive
solution
selling

**3 groups assigned different products and needs uncovered**

· **ATACAND**
  · <u>Need:</u> I receive a lot of rejections for ARBs not on formulary and then need to write Prior Authorizations which take too much time.

· **TOPROL-XL**
  · <u>Need:</u> A well tolerated beta blocker for heart failure patients.

· **ZESTRIL**
  · <u>Need:</u> A proven, efficacious ACE inhibitor for hypertension.

**Each Group will flip chart ways to Present a Strategic Solution and then Ask for the Commitment**

**TIP:  Control the conversation by using the Customer's words back at them...**

For Internal Use Only

22

3 groups (one for each product – 15 minutes total)

Assign 1 Need per group- **Emphasize that the need is what the DR. has said during the call from the path of questions the PSS asked.**

Group will flip chart ways of present the strategic solution and ask for commitment – 10 minutes

* Have them include which pages in the CVA they would use to prove their point

* Re-emphasize that the Strategic Solution should include some of the customer's own words and be relative to the objective they set up in Pre-Call planning

* Ensure that the asking for commitment is straight forward with specific directions on the actions they want the customer to take

Final 10 minutes:  Each group will present their path to the entire room

For Internal Use Only - Not To Be Used With Customers          12/9/2007

000142639



000142640