# Tab 15



**AstraZeneca Sales Training & Development**

Developing greatness.

# Interactive Strategic Selling

## Sales Internship

For Internal Training Purposes

225399 12/04

CONFIDENTIAL
AZ B_C0003573




AstraZeneca



DEFENDANT'S EXHIBIT
4
4/29/08
PENGAD 800-631-6989

# What is Selling?

- **Selling** is the process of influencing decision-makers to take action by satisfying their needs with specific strategic product solutions.

  - **A process of conversation interrupted by time,** not an event!

  - **A dialogue,** not only a presentation.

  - **A business transaction,** not just meeting the needs of one party.

CONFIDENTIAL
AZ B_C0003574

225399 12/04

2



# Types of Selling Systems

- SPIN Selling
- Strategic Selling
- Consultant Selling
- Problem Solution Selling
- Passive Selling

CONFIDENTIAL
AZ B_C0003575

225399 12/04

3







CONFIDENTIAL
AZ B_C0003576

4

225399  12/04

# Learning Objectives

- List and define the steps and skills that make up the ISS Model

- Develop a Pre-Call Plan

- Create questions to uncover need, magnify the consequence, and explore the value

- Develop effective closing questions

- Develop active listening, dynamic dialogue, and handling objection skills during role play

- Display proper etiquette when using a sales aid

225399 12/04

CONFIDENTIAL
AZ B_C0003577

5



# AstraZeneca's Sales Model

## Interactive Strategic Selling Features:

- Sales-oriented language
- Pre-call planning guidelines with attention paid to developing strategic selling objectives
- Enhanced needs-based approach
- Emphasis on closing—asking for the business

CONFIDENTIAL
AZ B_C0003578

225399 12/04

6



# AstraZeneca's Definition of a Sales Call:

AstraZeneca defines a sales call as a face-to-face discussion between a prescriber and a PSS, where an approved visual aid and/or clinical paper is used to address the needs of the customer, and the most current promotional message is persuasively delivered. All calls must include: product safety information, a direct request from a PSS for the appropriate action from the customer, and an offer to leave the Prescribing Information. AstraZeneca PSSs must always keep in mind the value that our organization brings to the ultimate customer, the patient. It is our goal to provide pharmaceutical solutions that lead to longer, healthier lives.

7

CONFIDENTIAL
AZ B_C0003579

225399 12/04



**AstraZeneca Sales Training & Development**

Developing greatness.

# Interactive Strategic Selling Sales Internship

## Key Skills

AstraZeneca

CONFIDENTIAL
AZ B_C0003580

8

225399 12/04



# Workshop Objectives

- At the end of this workshop the PSS should be able to:

  — Describe the five key skills used during ISS.

  — Explain the difference between open and closed probes.

  — Describe active listening and why it is important.

  — List the steps of handling objections.

  — Identify some approved sales aids.

9

225399 12/04

CONFIDENTIAL
AZ B_C0003581



# Key Skills

Probing 

Active Listening 

Promoting Dynamic Dialogue 

Handling Objections 

Using Approved Sales Aids 

225399  12/04

CONFIDENTIAL
AZ B_C0003582

10

# Two Types of Probes

- **Open Probe**
  - result in full or expansive responses.
  - Start with "What", "When", "How" and/or "Why".
  - Use to get customer talking about prescribing behaviors, needs and concerns.

- **Closed Probe**
  - Answered with a "Yes" or "No"
  - Used to confirm understanding or agreement.
  - Often used in trial closes.

225399 12/04

11

CONFIDENTIAL
AZ B_C00003683



# Probing

## Why probe ?

- Discover information
- Clarify objections
- Confirm agreement or understanding
- Gain commitment to action

225399 12/04

CONFIDENTIAL
AZ B_C0003584

12

# Activity

## Who am I ?

## The Name Game

CONFIDENTIAL
AZ B_C0003585

13

225399 12/04



# Active Listening

## What is Active Listening?

CONFIDENTIAL
AZ B_C0003586

14

225399 12/04



# Active Listening

## Why actively listen?

- Acquire new information
- Comprehend new information
- Reflect your understanding back to the speaker
- Clarify misunderstandings
- Communicate your interest
- Show you care

225399 12/04

CONFIDENTIAL
AZ B_C0003587

15



# 7 Steps to Active Listening

1. Make eye contact.

2. Answer the question the customer asked.

3. The next thing you say should be related to the last thing the customer said.

4. Don't interrupt.

5. Value silence.

6. Listen with more than just your ears.

7. Paraphrase to confirm that you have heard.



225399 12/04

CONFIDENTIAL
AZ B_C0003588

16

# Promoting Dynamic Dialogue

## What is a Dynamic Dialogue?

CONFIDENTIAL
AZ B_C0003589

225399  12/04

17



# Promoting Dynamic Dialogue

- Respond to positive feedback
- Respond to requests for information
- Expand time with physician
- Keep the conversation focused
- Handle objections



225399 12/04

CONFIDENTIAL
AZ B_C0003590

18

# Handling Objections

## Why is this important?

CONFIDENTIAL
AZ B_C0003591

19

225399 12/04



# Handling Objections

## 4 Steps of Objection handling

- Clarifying

- Responding

- Confirming

- Transitioning back to core promotional message

225399 12/04

CONFIDENTIAL
AZ B_C0003592

20



# Other Techniques

- Feel..., Felt....., Found.....

- "Obviously, you have a reason for saying that. Would you mind sharing it with me?"

- What else?





CONFIDENTIAL
AZ B_C0003593

225399 12/04

21

# Competitive Products

- Know the perceived strengths and weaknesses of your competitors
- Know the issues in the competitors' reprints
- Maintain professionalism
- Don't make comparative claims unless approved
- Tailor the response to the uncovered need
- Focus on the doctor and patient benefits

22

CONFIDENTIAL
AZ B_C0003594

225399 12/04



# Using Approved Sales Aids

## Commonly used Approved Sales Aids

- Prescribing Information (PI)
- Core Visual Aid (CVA)
- Clinical Reprints
- Slim Jim / File Card
- Clinical Sell Sheets (CSS)

225399  12/04

CONFIDENTIAL
AZ B_C0003595

23



# Summary

## When do I use these skills?

CONFIDENTIAL
AZ B_C0003596

24

225399 12/04



# Key Learning

You should now be able to:

- Describe the five key skills used during ISS.

- Differentiate between open and closed probes.

- Describe active listening and why it is important.

- List the steps of handling objections.

- Identify some approved sales aids.

**CONFIDENTIAL**
AZ B_C0003597

225399 12/04

25



# Working Lunch

During lunch, you and your team will brainstorm to create your products. You will have one medical device and one prescription drug, both to treat humans. They do not have to be related. You must create:

• Brand Name & Brand Positioning (Core Message)

• What it does? What is unique?

• What are the weaknesses?

• Who is the competition?

225399 12/04

CONFIDENTIAL
AZ B_C0003598

26