

**AstraZeneca Sales Training & Development**

*Developing greatness.*

# Interactive Strategic Selling Sales Internship

## Pre Call Planning



AstraZeneca

27

CONFIDENTIAL
AZ B_C0003599

225399  12/04



CONFIDENTIAL
AZ B_C0003600

28

225399 12/04



# Workshop Objectives

## At the end of this workshop you will be able to:

- Put together an effective Pre Call Plan structure to be used in the field.

- Define the parts of the Adoption Spectrum — and how to best utilize this information during the sales call.

- List the qualities of S.M.A.R.T. objectives

225399 12/04

29

CONFIDENTIAL
AZ B_C0003601



# Activity

## Word Game

30

**CONFIDENTIAL**
AZ B_C0003602

225399 12/04



# Pre Call Planning

## Effective Pre-Call Planning



## Effective Closing

225399 12/04

CONFIDENTIAL
AZ B_C0003603
31



# Pre Call Planning

1. **Review the available information about the doctor.**

   - Previous Call Notes (follow up on commitments made by yourself or counterparts)
   - Prescribing history
   - Sales data (monthly, weekly, Compass/NorthStar)
   - Patient demographic information
   - Managed care situation

2. **Develop a written call objective:**

   - Product Adoption Spectrum
   - S.M.A.R.T. Objectives

225399 12/04

CONFIDENTIAL
AZ B_C0003604

32



# Pre Call Planning

## A.  Product Adoption Spectrum



awareness    evaluation    trial    adoption

## B.  S.M.A.R.T. Objectives

- Specific
- Measurable
- Actionable
- Realistic
- Time-Bound

225399 12/04

CONFIDENTIAL
AZ B_C0003605

33



# Activity

## Compose a SMART Objective

CONFIDENTIAL
AZ B_C0003606

225399  12/04

34



# Pre Call Planning

**3. Plan The Dialogue:**

  A. Develop questions for uncovering the
     need

  B. Select the approved sales aids to use in
     the call

  C. Plan your Close

*This step will be covered during the next
several workshops, but it is vital to do this
before each call going forward*

225399 12/04

CONFIDENTIAL
AZ B_C0003607

35



# Key Learnings

You should now be able to:

- Put together an effective Pre Call Plan structure to be used in the field.

- Define the parts of the Adoption Spectrum — and how to best utilize this information during the sales call.

- List the qualities of S.M.A.R.T. objectives

225399 12/04

**CONFIDENTIAL**
**AZ B_C0003608**

36





**AstraZeneca Sales Training & Development**

*Developing greatness.*

# Interactive Strategic Selling Sales Internship

## Open

CONFIDENTIAL
AZ B_C0003609



AstraZeneca

37

225399 12/04





38

CONFIDENTIAL
AZ B_C0003610

225399 12/04

# Workshop Objectives

## At the completion of this workshop you will be able to:

- Describe the structure of an effective opening

- Develop opening techniques & strategies in order to set yourself apart from other Sales Representatives.

225399 12/04

39

CONFIDENTIAL
AZ B_C0003611



# Step 1: Open

**Gain access**



**Introduce yourself and products**



**Build the relationship**

**Outline the call**



**Capture attention**

225399 12/04

40

CONFIDENTIAL
AZ B_C0003612

# Key Skills

**Probing** 

**Active Listening**

**Promoting Dynamic Dialogue** 

**Handling Objections**

**Using Approved Sales Aids** 






225399 12/04

CONFIDENTIAL
AZ B_C0003613

41

# Multi-Layered Probing Question Technique, MLPQ

*Sales Questions That Close The Sale: How To Uncover Your Customer's Real Needs-*

by Charles D. Brennan Jr.

225399 12/04

**CONFIDENTIAL**
AZ B_C0003614

42



# Why does this technique work?

- Requires complex thinking process
- Involves longer exchanges between individuals
- Physician accounts for at least 70% of the dialogue
- Solicits opinions and thoughts

225399 12/04

CONFIDENTIAL
AZ B_C0003615

43



# Three Components of MLPQ*

- Factual Statement
- Observation
- Dialogue Probe

*Sales Questions That Close The Sale: How To Uncover Your Customer's Real Needs-
by Charles D. Brennan Jr.

225399 12/04

CONFIDENTIAL
AZ B_C0003616

44



# Factual Statement

- A statement made that is factual and drawn from a valid source.

- The statement should be relevant to the physician where he/she will stop and be easily be engaged.

Example: The Wall Street Journal just ran an article about the increased incidence of mortality and morbidity related to pediatric asthma in recent years.

225399 12/04

CONFIDENTIAL
AZ B_C0003617

45



# Activity

## Compose a Factual Statement for each product

CONFIDENTIAL
AZ B_C0003618

225399 12/04

46



# Observation

## Can follow or precede the Factual Statement.

- An opinion from an expert in the field presented anonymously.
- An observation from an anonymous physician in a territory
- An observation the PSS has made regarding the physician's practice
- An observation can support or contradict the Factual Statement

Example: In speaking with your colleagues, they feel this is due to patients not being diagnosed early enough with asthma and possibly being under-treated for their level of the disease.

225399 12/04

CONFIDENTIAL
AZ B_C0003619

47



# Activity

## Compose an Observation Statement for each product

225399  12/04

CONFIDENTIAL
AZ_B_C0003620

48

# Dialogue Probe

- Should follow the Observation and Factual Statement

- Needs to be an open probing question that encourages dialogue

Example: Share with me how you diagnose asthma early in your pediatric population?



225399 12/04

CONFIDENTIAL
AZ B_C0003621

49

# Activity

## Compose a Dialogue Probe
## for each product

CONFIDENTIAL
AZ B_C0003622

225399 12/04

50



# Activity

## MLPQ* Technique

*Sales Questions That Close The Sale: How
To Uncover Your Customer's Real Needs-
by Charles D. Brennan Jr.

225399 12/04

**CONFIDENTIAL**
**AZ B_C0003623**

51



# Patient Profiling

## What is it?

## Why is it important?

CONFIDENTIAL
AZ B_C0003624

52

225399 12/04



# Patient Profiling Components

## What could you include?

- Age
- Sex
- Race
- History
- Current Therapy





225399 12/04

53

CONFIDENTIAL
AZ B_C0003625

# Activity

## Putting it all Together

CONFIDENTIAL
AZ B_C0003626

54

225399 12/04



# Key Learnings

## You should now be able to:

- Identify the structure of an effective opening

- Develop opening techniques & strategies in order to set yourself apart from other Sales Representatives.

55

225399 12/04

CONFIDENTIAL
AZ B_C0003627

