# Welcome to ISS Day 2

## Any volunteers?

CONFIDENTIAL
AZ B_C0003628

225399  12/04

56



CONFIDENTIAL
AZ B_C0003629

225399 12/04



58

CONFIDENTIAL
AZ B_C0003630

225399 12/04

**AstraZeneca Sales Training & Development**

**Developing greatness.**

# Interactive Strategic Selling

# Sales Internship

## Uncover Need

CONFIDENTIAL
AZ B_C0003631

AstraZeneca

59

225399 12/04



# Workshop Objectives

At end of workshop, the PSS should be able to:

- Describe how to uncover needs using different probing techniques.

- Apply techniques to uncover need in sales call.

CONFIDENTIAL
AZ B_C0003632

60

225399 12/04



# What is a Need?

61

CONFIDENTIAL
AZ B_C0003633

225399 12/04



# Steps to Uncover Need

- Uncover need
- Magnify the consequence
- Explore the value

225399 12/04

CONFIDENTIAL
AZ B_C0003634

62



# What tools do you have that help you uncover customers' needs?

- Computer data
- Retail pharmacies

- But don't forget the most important tool:

  Probing Questions



225399 12/04

CONFIDENTIAL
AZ B_C0003635

63

# What Questions will help you Uncover Needs?

- What patient types are they treating with our products? Why?

- What competitive products are they using? Why?

- For what disease states are they using our products? Why?



225399 12/04

CONFIDENTIAL
AZ B_C0003636

64

# What problems do your products solve?

- Effectiveness

- Safety

- Tolerability

- Onset of Action

- Convenient Dosing



The specific need becomes a

225399 12/04

CONFIDENTIAL
AZ B_C0003637

65

# Activity

## Create Needs your Products Satisfy

CONFIDENTIAL
AZ B_C0003638

66

225399  12/04



# Leading Questions Technique:

- Begin with an open probe to promote free flowing dialogue

- If not successful, try again

- If not successful, probe specific concerns (third party)

- If not successful, question various areas of concern

- If not successful, question based on features and benefits

225399 12/04

CONFIDENTIAL
AZ B_C0003639

67

# Magnifying the Customer's Need

Once you've identified and confirmed the customer's specific need, continue to use questions (open/closed) to expand on that need

Takes on much greater significance in the customer's mind





225399 12/04

CONFIDENTIAL
AZ B_C0003640

6-8

# Mole hills to Mountains

- Make the NEED bigger

- Question Doctor's actions
  - "So what do you do then?"





225399 12/04

CONFIDENTIAL
AZ B_C0003641

69

# Explore the Value

Questions you can ask physicians to explore what they will gain by having their problem solved.

"If the duration of treatment were shorter, how would this benefit your patient?"

"How would fewer titrations affect your patients?  How wold it affect compliance for your patients?"

"How would fewer lab visits benefit you?  How would it benefit your patients?"



225399 12/04

CONFIDENTIAL
AZ B_C0003642

70

# Listening for Hooks:

- Hooks are words or phrases that imply some opportunity

- "Sometimes", "seldom", "once in a while", "not really", "rarely"

- What are some examples you have?



CONFIDENTIAL
AZ B_C0003643

71

225399 12/04

# Activity

## Apply Leading Questions Technique

## Remember:  Listen for the Hooks

225399 12/04

CONFIDENTIAL
AZ B_C0003644

72



# How to proceed with customers who already prescribe our products:

- Understand business you currently have.

- Leverage current success to expand market.

- Leverage current success to motivate customer to switch from competitive product.

- Identify a "new" need. Ask MLPQ's.

CONFIDENTIAL
AZ B_C0003645

225399 12/04

73



# Confirm a Need

If you've uncovered need during precall planning, ask follow up or accountability questions.



CONFIDENTIAL
AZ B_C0003646

74

225399 12/04

# Keys to Dynamic Dialogue

- A conversation vs. interrogation

- DO NOT put people on defensive, work to uncover dissatisfactions and needs

- Limit number of questions per call, knowing you *will have another*

- Third party references

CONFIDENTIAL
AZ B_C0003647

225399 12/04

75



# Key Learnings

You should now be able to:

- Describe how to uncover needs using different probing techniques.

- Apply techniques to uncover need in sales call.

CONFIDENTIAL
AZ B_C0003648

225399 12/04

76





**AstraZeneca Sales Training & Development**

Developing greatness.

# Interactive Strategic Selling
# Sales Internship

## Selling to the Need



CONFIDENTIAL
AZ B_C0003649

225399  12/04







CONFIDENTIAL
AZ B_C0003650

78

225399 12/04

# Workshop Objectives

At the end of this workshop, the participant will be able to:

- Apply the key components of "Selling to the Need" by Promoting Dynamic Dialogue, Active Listening, Probing, and Handling Objections with the customer

- Link Features to Benefits

- Use Approved Sales Aids to support the sales message during the call

225399 12/04

79

CONFIDENTIAL
AZ B_C0003651



# Key Skills

Probing

Active Listening

Promoting Dynamic Dialogue

Handling Objections

Using Approved Sales Aids







225399 12/04

CONFIDENTIAL
AZ B_C0003652

80

# Features to Benefits

## What are Features?

A prominent or distinctive aspect, quality or characteristic of the item being sold

## What are Benefits?

Specific value the customer derives from a feature of the product. Ask yourself, *"SO WHAT?"*

## What are Benefit Statements?

Statements that link Features to Benefits

*"What that means to you/your patient/your staff . . . "*

225399 12/04

CONFIDENTIAL
AZ B_C0003653

81

# Activity
## Features & Benefits

CONFIDENTIAL
AZ B_C0003654

82

225399 12/04

