# GAME

CONFIDENTIAL
AZ B_C0003655

225399 12/04



# What are Approved Sales Aides?

- Core Visual Aid
- Clinical Sell Sheet
- Slim Jim
- Clinical Reprint
- Patient Education Materials
- Reminder Items
- Package Insert (offered to the HCP at conclusion of the discussion)

84

CONFIDENTIAL
AZ B_C0003656

225399 12/04



# Why use Approved Sales Aids?

"Three promotional tools lead predictably to effective interactions: core visual aids, reprints, and patient education materials.

Using just one of these *doubles* a representative's chance of having an effective interaction."

Source: Health Strategies Group, Inc., "Pharma SFE Executive Summary Prepared for AstraZeneca by David Rees and Rayna Herman," (Health Strategies Group, Inc., June 28, 2002, MS POWERPoint) 25.

CONFIDENTIAL
AZ B_C0003667

85

225399 12/04



# Why is it important to show a Sales Aid?

- The use of visual aids allows the physician or prescriber to involve more senses other than auditory senses to help the message resound.

- The CVA or other sales aid containing the core promotional message must be used in every sales call.



86

CONFIDENTIAL
AZ B_C0003658

225399 12/04

# Using Approved Sales Aids

- Use proper etiquette and technique
- Use of aid should be focused and relevant to the Uncovered Need
- Reinforce core promotional message
- Present safety information appropriate to the experience of the HCP
- Never highlight or underline
- Fully memorize



87

225399 12/04

CONFIDENTIAL
AZ B C0003659

# When do you use Approved sales Aids?

- To Open the call
- To Handle an Objection
- To satisfy request for information
- To support the Core Promotional Message

CONFIDENTIAL
AZ B_C0003660

225399 12/04

88

# Activity

## Using Approved Sales Aids

## &

## Linking Features to Benefits

CONFIDENTIAL
AZ B_C0003661

225399 12/04



# Encourage Buying Signals through Trial Closing

## What are Buying Signals?

Verbal and Non-verbal cues that tell us where the customer is in the buying process—positive, negative, speed up, or slow down.

## Examples?

CONFIDENTIAL
AZ B_C0003662

225399 12/04

90



# Encourage Buying Signals through Trial Closing

## What is a Trial Close?

A Trial Close is a question that gauges the customer's understanding and readiness to buy

### Examples?



CONFIDENTIAL
AZ B_C0003663

91

225399 12/04

# What are Objections?

An Objection is a **statement** or **question** by the customer that expresses skepticism, indifference, or misconception about your product or its ability to meet the customer's need.



225399 12/04

CONFIDENTIAL
AZ B_C0003664

92

# What are the steps to Handle Objections?

- Clarify
- Respond
- Confirm
- Transition

CONFIDENTIAL
AZ B_C0003665

225399 12/04

93

# Activity

## Handling Objections

CONFIDENTIAL
AZ B_C0003666

225399 12/04

94



# Activity

## Putting it all Together

CONFIDENTIAL
AZ B_C0003667

225399 12/04

95



# Key Learnings

You should now be able to to:

- Apply the key components of "Selling to the Need" by Promoting Dynamic Dialogue, Active Listening, Probing, and Handling Objections with the customer
- Link Features to Benefits
- Use Approved Sales Aids to support sales message during the call



CONFIDENTIAL
AZ B_C0003668

225399 12/04

96

![AstraZeneca Sales Training & Development — Developing greatness.]

# Interactive Solution Selling Sales Internship

# CLOSE



CONFIDENTIAL
AZ B C0003669

97

225399 12/04



CONFIDENTIAL
AZ B_C0003670

225399 12/04



# Workshop Objectives

At the end of this workshop, the participant will be able to:

- Identify the components of the Close

- Apply key skills to execute a well-timed & well-stated question to garner business



CONFIDENTIAL
AZ B_C0003671

225399 12/04

99

# Why is closing important?

## If you don't *ASK*, then you don't *GET!*

CONFIDENTIAL
AZ B_C0003672

225399 12/04

100

# Activity

## Change your Appearance



CONFIDENTIAL
AZ B_C0003673

225399 12/04

101