# CLOSING

We are in the business of changing habits and behaviors. These must be reinforced to create and foster change—Hold your customers accountable to their commitments.

Change can be uneasy and uncomfortable if it is too much, too soon, or both.

225399 12/04

CONFIDENTIAL
AZ B_C0003674

102



What prevents sales people from closing?

Who's in control?

If you *earned* it, then you *deserve* it.

CONFIDENTIAL
AZ B_C0003675

103

225399 12/04



# Elements of the Close

## To make a successful close, you should:

- Observe Buying Signals

- Summarize The Dialogue

- Gain Commitment

225399 12/04

CONFIDENTIAL
AZ B_C0003676

104



# To Gain Commitment:

- Use a closed probe

- Ask active rather than passive closes

An Active Close is a closed probe that asks the customer to commit to a specific action

225399 12/04

105

CONFIDENTIAL
AZ B_C0003677



# Use the Adoption Spectrum as a basis for your Close.

awareness    evaluation    trial    adoption

- Action from the customer that advances the customer toward exclusive adoption

- The customer gives a firm commitment to exclusive adoption

225399 12/04

CONFIDENTIAL
AZ B_C0003678

106



# Activity

## Create a Close with your Partner

***Example:*** "Will you prescribe my product for...?"

CONFIDENTIAL
AZ B_C0003679

107

225399 12/04



# After the Closing Probe, Then What?

## LISTEN:  silence can be uncomfortable

After asking your closing question, listen to the response of your customer, and then react.

He who speaks first, loses



225399 12/04

CONFIDENTIAL
AZ B_C0003680

108

# Activity

## Make a Sales Call:
## Open to Close

109

CONFIDENTIAL
AZ B_C0003681

225399 12/04



# Key Learnings

You should now be able to:

- Identify the components of the Close

- Apply key skills to execute a well-timed & well-stated question to garner business



CONFIDENTIAL
AZ B_C0003682

110

225399 12/04





CONFIDENTIAL
AZ B_C0003683

111

225399 12/04

# Transition between Products

- You must fluidly change the focus of the discussion.

- The Art of Juxtaposition

- What if your products are *not* directly related?

- Keep it Simple





**CONFIDENTIAL**
AZ B_C0003684

112

225399 12/04



# Activity

## Compose a Transition

CONFIDENTIAL
AZ B_C0003685

113

225399 12/04





**AstraZeneca Sales Training & Development**

**Developing greatness.**

# Interactive Strategic Selling
# New Hire Workshop

## Post Call Evaluation



114

CONFIDENTIAL
AZ B_C0003686

225399 12/04





CONFIDENTIAL
AZ B_C0003687

115

225399 12/04

# Workshop Objectives

At the end of this workshop, participants will be able to:

- Identify the components of Post-Call notes

- Compose quality call notes that will help themselves or a teammate

- Self-evaluate their performance for each call, each day

225399 12/04

CONFIDENTIAL
AZ B_C0003688

116



# When should you record a call made?

# Where should the call be recorded?

# What should be recorded?

CONFIDENTIAL
AZ B_C0003689

117

225399 12/04



# Post Call Evaluation

Items covered in the Post Call Evaluation:

1. List need(s) uncovered
2. Commitment
3. Record follow up items
4. Write the next call objective

Why is writing clear and concise notes necessary?

225399 12/04

CONFIDENTIAL
AZ B_C0003690

118



# Activity

## Compose Post-Call Note

CONFIDENTIAL
AZ B_C0003691

119

225399 12/04



# Be Your Own Coach

The most important lessons can come from evaluating the calls made.

In order to Be the Best, you must evaluate your own performance after each call.

CONFIDENTIAL
AZ B_C0003692

120

225399 12/04



# Be Your Own Coach

Some good examples for each _**call**_:

- Did I achieve my objective?

- If I were to make the call again, what would I do differently?

- What have I learned that can be applied to future calls?

- What have I learned that I can use in calls with other customers?



223399 12/04

**CONFIDENTIAL**
**AZ B_C0003693**

121

# Be Your Own Coach

## Some good examples for each *day*:

- Was I at my best today?
- Am I better today than I was yesterday?
- What worked?
- What might be applicable to other territories?
- What did not work?



225399 12/04

122

CONFIDENTIAL
AZ B_C0003694

# Key Learnings

You should now be able to:

- List the components of Post-Call notes

- Compose quality call notes that will help yourself or a teammate

- Evaluate your performance for each call, each day

CONFIDENTIAL
AZ B_C0003695

225399 12/04

123





**AstraZeneca Sales Training & Development**

Developing greatness.

# Interactive Strategic Selling Sales Internship

## Summary



AstraZeneca

124

CONFIDENTIAL
AZ B_C0003696

225399 12/04





CONFIDENTIAL
AZ B_C0003697

125

225399 12/04

# Friday Role-Play Agenda

8-9 am    Group Sales Call to Dr. Good Times

9-12       Individual Role, Dr. Good Times
           Group Coaching and Development

1-2:30     Seamless Cylinder Call, Dr. Signature

225399 12/04

CONFIDENTIAL
AZ B_C0003698
126

