# Tab 16

**From:** Strow, Andrew B
**Sent:** Saturday, December 30, 2000 4:12 AM
**To:** Badgett, Shannta K; Capobianco, Christopher; Dennis, Kelly B; Lilly, Kevin; Nelson, Holly; Von Kleeck, David; Yeskinko, Christine
**Subject:** district assignments

**Attachments:** 2001 Manhattan North CV District Specialists.doc

Team:

Please find attached the district assignments for the coming year. As always, please contact me if you have any questions or concerns.

-andrew



2001 Manhattan
North CV Distri...



DEFENDANT'S
EXHIBIT
52
4/29/08

1

000141478

# Year 2001 District Specialist Positions
## Manhattan North Cardiovascular Team

**PRODUCT SPECIALISTS (3)**
- Atacand & ARB market: **Shannta Badgett**
- Toprol-XL & Beta-Blocker market: **Holly Nelson**
- Zestril & ACEI market: **Christine Yesinko**

Product specialists will be the conduits of information regarding their respective products and the class/market in which that product competes. The product specialists will:
- gather and summarize all CI (competitive information) that has been uncovered in the district
- update the district on new reprints, competitive products, etc. as necessary
- present best selling practices for their product from our approved marketing visuals and clinical reprints at district meetings
- review new clinical papers from the marketing team, or those that have been discovered through their own research
- subscribe to one or two cardiovascular medical journals
- send monthly CI communication with latest information to the district

**CUSTOMER SPECIALISTS (3)**
- Managed Care: **Christine Yesinko**
- Retail: **David Von Kleeck**
- Convention: **Kevin Lilly**

The Managed Care specialist will assume the following responsibilities:
- work with the DSM in communications with the Managed Care RADs
- maintain a list of current CV Brand formulary position for the major managed care plans in the district and communicate updates as needed to the district
- scan current media (papers, Internet) and update district on any breaking news
- lead managed care sessions at district meetings, in coordination with RADs
- subscribe to one or two Managed Care medical journals

The Retail specialist will assume the following responsibilities:
- work with the DSM in communications with the Trade RADs
- maintain list of current large retail customers in the district.
- gather pricing information for CV brands and competitors from key chains in the district and communicate updates as needed to the district
- provide insight as to how to make retail calls most effective
- lead retail sessions at district meetings, if necessary

[Page]

The Convention specialist will assume the following responsibilities:
- lead convention sessions at district meetings, if necessary
- lead district registration and participation at larger cross-territory conventions
- recruit and assign PSSs to work each of these conventions
- maintain a post-convention summary report, documenting the relative ROI for the convention: i.e. Convention Name, date & location, total fees to participate, approx. # of attendees, approx. # of rated attendees, booth traffic, type of information disseminated, requested, etc. and overall recommendation as to whether we should attend the convention the following year
- attend assigned National Convention

## TRAINER / MOTIVATIONAL SALES SPECIALIST (1 Primary, 1 Backup)

### District Training Champion-Holly Nelson
### Backup-Kelly Dennis

The training specialist will assist with training new PSSs, while also providing relevant advanced selling & motivational sales materials to the entire district at large. In particular, the training specialist will be responsible for:
- coordinate training schedules for all new hires
- provide CV brand and competitive product background to help new hires gain information that is not readily supplied in the home study training materials
- complete training on sales aids, clinical reprints, and current business emphasis
- coordinate all field training sessions for demonstration and implementation of new selling techniques, in particular the ISS Selling Model
- work with DSM to implement periodic selling skills training sessions for new hires and all district members, as needed
- attend DTC training programs
- complete territory visits with new hires
- act as key conduit for district success stories:
    - periodically poll the district to gain new success stories / best practices
    - send monthly communication with creative new sales techniques, while sharing latest success stories

## COMPUTER SPECIALIST-Chris Capobianco

The computer specialist will be the primary reference source for all computer related training and technical help (not hotline support, but "how do I"...). They will publish a periodic newsletter with tips and tricks to help everyone make better use of the computer for our daily work.

The computer specialist will be the primary source for training new and existing PSS's on:
- Microsoft applications: Word, Excel, Outlook

- COMPASS & NorthStar: normal data entry and best uses for sorting/creating lists, reports, and overall territory management

## DISTRICT MEETING SPECIALIST-Kelly Dennis, Backup: Kevin Lilly

The meeting specialist will work closely with the DSM and will take responsibility for the completion of all tasks associated with planning and executing district meetings:
- assessing meeting needs with DSM – including business & recreational needs
- selecting appropriate meeting site for business and recreational activities
- negotiating with hotel, meeting room, and recreational company representatives
- complete room reservations, meal selection, meeting room reservations, audio-visual needs, evening activities, and communicating travel directions to the district
- work with DSM in preparing meeting and recreational agendas
- invite Headquarters, regional, and local sales support personnel, as necessary
- create follow up questionnaire to facilitate feedback on meetings.
- prepare meeting follow-up and recap letter to the district

## Field Promotions Specialist-PREP: David Von Kleeck Backup: Shannta Badgett

The field promotions specialist will work closely with Field Promotion Manager and DSM to assist in updating district PSSs on PREP and promotional activities occurring nationally, regionally, and district wide.

- Update PSSs on best practices in conducting PREP programs.
- Review all new promotional pieces and leave behinds and provide a quarterly update on the most effective ways to use them in the field.
- Generate new promotional ideas and share them with the district/region/nation
- Identify geographic areas within the district for special promotional programs.
- Assist in maintaining a district wide speakers bureau.
- Share best practices on how to utilize the national Quick List.
- Be the role model and advocate for the Marketing and Sales Business Policies and Guidelines.

## DISTRICT SPECIALIST ASSIGNMENTS
Every district assignment is important in making an efficient, productive, and competitive team. I expect good communication from each specialist to gather information, share information, and solict ideas to help us eat up the competition. This should include a brief monthly communication (the method of communication is up to you) to provide feedback to the district relating to your special assignment.

Issued: 01/01/01

000141481