# Tab 18

| | |
|---|---|
| **From:** | Nelson, Holly |
| **Sent:** | Wednesday, July 02, 2003 11:14 AM |
| **To:** | Williams, Curtis (Boston) |
| **Subject:** | Holly Nelson's career ladder self evaluation form and budget tracker |
| **Attachments:** | PSS Evaluation From.doc; T10.xls |

Hi Curtis:
Please find attached the items that you have requested.

Regards,
Holly Nelson

PSS Evaluation From.doc (146 K...)    T10.xls (906 KB)

DEFENDANT'S EXHIBIT 22  4/29/08

000143638

**Form #2**



# Career Ladder Program for Pharmaceutical Sales Specialists

## PSS Self-Evaluation Form

| PSS INFORMATION | |
|---|---|
| PSS Name<br>Holly Nelson | Territory<br>L1HSJBSC |
| District Sales Manager<br>George Venidis | District<br>Boston South |

# AstraZeneca
## Career Ladder Program for PSSes

### Self-Evaluation of Skills by PSS

Please provide specific evidence of behaviors most consistently demonstrated for each Skill/Ability. Then, provide an appropriate level for each Skill/Ability based on this evidence.

| | SKILL | MOST CONSISTENT LEVEL* | EVIDENCE FOR LEVEL |
|---|---|---|---|
| FINANCIAL | Resource Management | 3 | Holly has used her budget to capitalize on establishing herself in her new territory. She has used regional meetings to interact with her counterparts and gain insight on the territory and on customers, which they share as well as getting together on a regular basis to discuss the territory. She has established relationships with people in departments who have access to information and can be used as resources. |
| PROFESSIONALISM | Internal Communication Skills | 3 | Holly has effectively communicated with her team and district members by sharing and soliciting new/complex information. She has made numerous district presentations as part of her career development as both the CTC and the DTC. |
| PROFESSIONALISM | Problem Solving | 3 | Holly is successful in handling both routine and new situations on her own. She recognizes the impact of actions and takes appropriate steps to solve the problem. |
| PROFESSIONALISM | Administration | 3 | Holly has provided the PSS's in her previous role, as the CTC the necessary information and paperwork. In her role as the Crestor Training Champion she frequently reminded the district of project deadlines via voice messages and e-mails. She keeps organized records, for example, an updated budget tracker and prep tracker and is timely with administrative responsibilities. |
| CUSTOMER | Customer Communication & Selling Skills | 3 | Holly continues to demonstrate a good understanding of the ISS selling model. She uses the ISS to acquire new business. She frequently makes presentations in the Nursing Homes to large staff gatherings. She is very cognizant of when to be more/less aggressive when selling to physicians. |
| CUSTOMER | Product & Market Knowledge | 3 | Holly gains knowledge of disease states and related products through self-study. This was evident with her promotion to LTC and her learning Seroquel and Nexium. |
| DEVELOPMENT | Relationship Building | 4 | Holly maintains long-term relationships with top customers for AZ. She also continues to make progress in building relationships with key customers in her new LTC territory. She has focused her energy on the doctors that can have an immediate and dramatic impact on the business. |
| DEVELOPMENT | Customer Access | 3 | Holly continues to gain access in key accounts by establishing long term relationships, doing lunch and learns, and thinking out of the box, in turn setting herself apart. She sees physicians at locations other than just their clinic or private office. She displays confidence in her ability to overcome obstacles within the LTC arena. Holly follows her own judgment in face of opposition or threat. |
| DEVELOPMENT | Account Strategies | 3 | Holly has developed strategies to penetrate her significant accounts. This is evidenced in her business action plans. She proactively addresses obstacles that may impede account |

000143640

# AstraZeneca
## Career Ladder Program for PSSes

| | | |
|---|---|---|
| | | progress. She sets realistic and attainable goals for accounts, given the managed care environment and has made significant inroads at her top accounts having only been in her new territory for a short time. She keeps PREP activities focused on key objectives, always keeping moving the business as priority. She assists with pull through strategies in getting contracts signed at those accounts with in house pharmacies. |
| Business Planning & Targeting | 3 | Holly has met and developed a business plan with all of her counterparts (CNS and Hospital) that incorporate short-term goals and long-term business objectives. She understands the different associations to which LTC could benefit and their impact on physicians and other key customers. She has participated in association meetings, such as NYASCAP to help build relationships. |
| Learning Initiative (for Self and Others) | 4 | Holly exhibits a high level of professionalism in her role as PSS. She has participated in computer training courses. She is continuously seeking additional knowledge of the business and the overall factors that may impact business needs. She makes presentations at district meetings. She has been a coach/ mentor for others in the district. This was evidenced in her DTC and CTC role. |

**Rating Scale** to use for evaluating the skills in the Career Ladder Program:
0 = You do not demonstrate the skill consistently.
1 = Your abilities are consistently at Level I.
2 = Your abilities are consistently at Level II.
3 = Your abilities are consistently at Level III.
4 = Your abilities are consistently at Level IV.
5 = Your abilities are consistently at Level V.

**SUMMARY COMMENTS**

000143641



AstraZeneca
Career Ladder Program for PSSes

000143642