# Tab 19

| | |
|---|---|
| From: | Moore, Dawn |
| Sent: | Saturday, April 08, 2000 4:41 AM |
| To: | Nelson Holly H |
| Cc: | Gonzalez Israel IA |
| Subject: | Assessment for Field Day on 3/28/00 |
| Attachments: | uf:hn32800Performa.doc |



hn32800Performa.d
oc (24 KB)

Dear Holly:

Thanks for a great day in the field on 3/28/00.  You are beginning to get more confident in your roll as a PSS.  I was very proud of the first official call that you made without any assistance.  Keep working hard. If you have any questions, do not hesitate to call.


(See attached file: hn32800Performa.doc)    Thanks again and best regards,
Dawn



DEFENDANT'S EXHIBIT 41 4/29/08

000167684

## *Interactive Solution Selling* - Performance Feedback and Coaching Form

PSS:   Holly Nelson          Date: 3/28/00

*Selling Process & Skills* - focus your feedback on <u>a few</u> of the following areas:

| Skill | E | M | DA | N/A |
|---|---|---|---|---|
| **Pre-Call Planning:** Time efficient action oriented process. Identifies needs/ problems/opportunities. Sets call objectives based on product adoption. Prepares sales dialogue and supporting materials | ☐ | ☒ | ☐ | ☐ |
| **Gaining Access:** Identifies techniques for gaining frequent access. Builds rapport with office staff. Reduces/uses waiting time effectively | ☐ | ☒ | ☐ | ☐ |
| **Opening the Sales Dialogue:** Establishes rapport/builds relationships. Outlines purpose, agenda, timing of call. Gains interest and attention | ☐ | ☒ | ☐ | ☐ |
| **Identifying Prescribing Behaviors:** Links probing to call objectives. Asks insightful, open-ended questions to explore. Identifies prescribing behavior and product adoption stage | ☐ | ☒ | ☐ | ☐ |
| **Identifying and Confirming Specific Need** Identifies specific customer need. Asks closed-ended questions to confirm need. Expands on need to magnify significance | ☐ | ☐ | ☐ | ☒ |
| **Presenting Strategic Solution** Identifies the ideal product solution. Uses benefits supported by features. Uses visual aids effectively | ☐ | ☐ | ☒ | ☐ |
| **Asking for Commitment** Recognizes buying/ agreement signals. Reinforces key benefits. Requests action/ commitment/change in behavior | ☐ | ☐ | ☒ | ☐ |
| **Post-Call Evaluation:** Conducts thorough call evaluation. Records key learning about customer. Identifies objectives for next call. | ☐ | ☒ | ☐ | ☐ |
| **Probing and Active Listening:** Use open ended and appropriate closed ended questions. Encourage customer to express and expand their need | ☐ | ☐ | ☐ | ☒ |
| **Respond to Customer Feedback:** Encourages customer feedback. Identifies/uncovers all objections/concerns. Uses framework for handling objections | ☐ | ☐ | ☐ | ☒ |

E= Excellent    M = Meet    DA = Development Area

Comments     Holly is developing well in her role as a Pharmaceutical Sales Specialist. Since it is her first time through her routing, she is spending the majority of her time on territory doing pre-call planning. She is putting considerable thought into selecting the appropriate message, preparing the sales dialogue, and selecting the supporting materials. This process served her well in the call that she made on Dr.Gitta Silverstein. She had an effective opening statement and was able to relay the benefits of the Action trial and the dose response associated with ATACAND. In addition, she discussed the peak plasma levels asssociated with Toprol XL and why it was important to have coverage over the full 24 hours for her hypertensive patients. She has done a good job in attempting to gain access. She builds rapport with the office staff and was able to set up several lunches and appts. with key doctors

**Business/Customer Objectives:**

1. Set up preceptorships with two key cardiologists by the end of the 2nd quarter.
2. Meet with all GI/CV 1 and 2 counterparts. I will be contacting J. Lazzarotti to ensure that Alvin Velez gets back to her.
3. When planning your day make sure that you group individuals together by address to minimize returning to the same building.
4. Get pricing info for Toprol XL, ATACAND, and Zestril from 3 different pharmacies including one chain, one discount and one independent pharmacy.


**Feedback on Current Developmental Goals:**

1. Spend time reading and preparing a sales dialogue to convey the benefits of the Merit HF Study for Toprol XL.
2. Spend time rehearsing the benefits supported by features for ATACAND and Toprol-XL utilizing the CVA for both products.

**Planning/Adjustments for Ongoing Developmental Goals:**

000167686