# Tab 20

**From:** Nelson, Holly
**Sent:** Friday, October 18, 2002 11:56 AM
**To:** Fugich, Carianne
**Subject:** RE: HAPPY HALLOWEEN!

Hi Carianne:
CONGRATS!!!!!! That is awesome, well it must feel great that it is finally your time. Its funny you say you stare down at your ring all the time. My girlfriends all tell me that when they got engaged, they can't stop looking at the ring for like 2 months, in the car, the shower, in line at the grocery store.. Wow, it was a surprise, how nice. You were not even talking engagement? Things with me are good, I am taking a promotion in the Long Term Care division-selling Nexium and Seroquel. Would love to chat and catch up some time. Leave me your number. Lots of luck!!!!!!

Holly

-----Original Message-----
**From:** Fugich, Carianne
**Sent:** Thursday, October 17, 2002 10:13 PM
**To:** Nelson, Holly
**Subject:** RE: HAPPY HALLOWEEN!

Hey Holly,
I'M ENGAGED!!!!!!!!. Scott popped the question this past weekend while we were on vacation in Panama City Beach, Fla. It was so romantic and a complete surprise. I didn't suspect a thing. But I am so happy. I stare down at my ring all the time. I just can't believe that after all these years I'm finally engaged. We haven't set a date yet, but I'll keep you posted.
Anything new with you?
Carianne

-----Original Message-----
**From:** Nelson, Holly
**Sent:** Tuesday, October 15, 2002 8:14 PM
**To:** Fugich, Carianne
**Subject:** RE: HAPPY HALLOWEEN!

Hi Carianne:
Wanted to drop a line and say hello. How are you? Hope all is well. Things are going well here. How was your summer? What's new? Be in touch. Would love to catch up.

Talk to you soon-
Holly

-----Original Message-----
**From:** Fugich, Carianne
**Sent:** Monday, October 14, 2002 9:27 PM
**To:** Catrone, Frank; Dolie, Melinda; Kovaleski, Christy; Williams, James B (Field Sales); Boulay, Dennis; Bettencourt, Jessica; Cline, Vanessa; Nelson, Holly; Ginn-Butt, Julie; George, Jasa
**Subject:** FW: HAPPY HALLOWEEN!

-----Original Message-----
**From:** Coffield, KellyAnn (Kelly) [mailto:kellyann_coffield@reyrey.com]
**Sent:** Tuesday, October 08, 2002 3:10 PM
**To:** Krimm, Debra A; Stockslager, Brian L; Cleckner, Matt T; James, Darlene A (DJ); Coffield, Gary L; Quillen, Brad A; April; Dawna (hellyer5@att.net); Donna Ryba (dryba@fenceonline.com); Fran (aaatf@aol.com); Gina Falco (binabean32@aol.com); Julie (nyjewels10@aol.com); Kim (KNichols@marysville.k12.oh.us); Kyle Smith (kjsmiff@hotmail.com); Mom (gcoffield@aosepc.com); Nici (nici91@aol.com); Tammy (bbaustin1@msn.com); 'jlwood123@aol.com'; Hellyer, Chris H; Greg.Coffield@goodrich.com; RemyDog70@aol.com; DM3843@aol.com; jarodvap@earthlink.net; Jen Conway; Saturn5949@aol.com; BagelBoss7@aol.com; tcsncoop4@aol.com; nichole.stockslager@ncr.com; sd151002@exchange.daytonoh.ncr.com
**Subject:** FW: HAPPY HALLOWEEN!

DEFENDANT'S EXHIBIT 58 4/21/08

1

000144846

<< File: HALLOWEEN FLASH_WITH TEXT 1.jpg >>

2

000144847