# Tab 21

| | |
|---|---|
| **From:** | Nelson, Holly |
| **Sent:** | Monday, October 21, 2002 12:16 AM |
| **To:** | 'cbembry@guidant.com' |
| **Subject:** | Field Clinical Representative (GSC/I-MB/20949) |
| **Attachments:** | Holly M.doc |

Dear Sir or Madam:

Please find my resume attached for your review. The position is listed as upstate New York. What areas does this territory encompass?

Thank You,
Holly Nelson



Holly M.doc (35 KB)

1



000142032

*Holly M. Nelson*
*604 Tompkins Avenue*
*Mamaroneck, New York 10543*
*914.806.2598*
*Holly.Nelson@astrazeneca.com*

### *Areas of Strength*
- A highly motivated, resourceful, and high energy Pharmaceutical Sales Professional with progressive management, administrative, and troubleshooting experience within intensive customer service environments.
- A tenacious problem solver who ascertains needs and goals, identifies difficulties, and formulates and implements strategic solutions to increase effectiveness and productivity within budgets and time frames.
- Excellent communication and interpersonal skills serve as the foundation to meet challenges and effectively network, collaborate, negotiate, and maintain proactive professional relationships with all levels of personnel, clientele, business associates, and vendors.

### Professional Experience
*AstraZeneca*                                                    *January 2000-Present*
**Pharmaceutical Sales Specialist**
**Cardiovascular Division**

Organize, coordinate, and assume authority for daily activities, functions, and decisions; set priorities, activate methodologies, and create plans for workflow and distribution. Utilize extensive leadership abilities to administer and promote company policy and procedures to attain specific organizational goals. Maintain open channels of communication to result in optimum delivery of service in an environment that fosters self-motivation, team concepts, and responsible business development. Monitor operating budgets and direct the utilization of resources to effectively accomplish goals with the budgeted framework. Interact and consult with clients; assess and analyze specific situations and individual needs to move business. Establish procedures for excellent customer service including fielding, investigating, and resolving complaints and issues in a timely manner to preserve positive alliances. Utilize computerized systems and software to access, track, issue, and manage information in a Windows environment.

Achievements
- Nominated as the District Training Champion
- Training Captain for the territory/cylinder

*Ann Taylor*                                                    November 1998-January 2000
**Human Resource Manager/ Senior Manager**
Oversee and direct personnel hiring, training and scheduling at Ann Taylor's Central Valley, New York location, one of the largest stores in the company generating $8-9 million annually. Achieve quantitative measures of performance including: sales volume, sales per square foot, payroll expenses, shortage control, turnover, company contests, goals and reports. Supervise personnel to ensure an efficient and effective organization and operation to maximize sales and provide a high level of customer service.

### Education
University of Miami, Coral Gables, Florida
Bachelor of Arts, Management/Political Science, 1998
MC Fatter School, Davie, Florida
Certified Nursing Assistant