# Tab 22

**From:** Nelson, Holly
**Sent:** Tuesday, October 15, 2002 11:56 AM
**To:** Venidis, George N
**Cc:** Nelson, Holly
**Subject:** thanks

Dear George:

I greatly enjoyed the opportunity to meet with you and learn about the structure and needs of your Long Term Care position. It became increasingly clear to me that the position we discussed would be a good fit for my skills and interests. It seems as though you are confronted with an opportunity to help AstraZeneca establish this LTC position as it has different profit dynamics, competitive situations and customer relationships. Thus you clearly need someone who can quickly develop an understanding of the LTC business and of the needs and goals of the position, and then visualize opportunities that this creates. I think that this is consistent with my strongest skills. I am a quick learner and a good strategic thinker who can digest complex information and build a coherent actionable structure from it. I am also very good at sensing opportunities and creating ways to capitalize on them. My pharmaceutical experience provides a wide range of ideas to draw from. For these reasons, I think the LTC position that we discussed would be more exciting and intellectually stimulating than anything I have ever done. Thus I would like very much to talk more about it. As a next step, I have contacted Michael DeLuca and set up a ride along day. This will allow me to have a clearer sense of the daily activities of the LTC position, how I would identify opportunities and develop programs against them, and will give me a more detailed understanding of the key opportunities and problems faced in this position. Again, thank you for your interest. I look forward to meeting with you again.

Sincerely,
Holly Nelson

