**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**HOLLY MARIE HUMMEL, on behalf of**
**herself and others similarly situated,**

      **Plaintiff,**

  **-against-**

**ASTRAZENECA LP, *et al*.,**

      **Defendants.**

**07 CIV 5473(VM)(THK)**

## <u>NOTICE OF ERRATA</u>

   PLEASE TAKE NOTICE that Defendant AstraZeneca LP inadvertently omitted the

"Table" attachment to its Memorandum of Points and Authorities in Support of Defendant's

Motion for Summary Judgment ("Memorandum"), which is referenced at page 24 of the

Memorandum.  AstraZeneca submits the Table herewith as Exhibit 1 to correct the above-

referenced error.

Dated:  June 3, 2008                          Jones Day


By: s/ Shari M. Goldsmith
_____
    Matthew M. Lampe (*pro hac vice*)
    Shari M. Goldsmith  (SG 0909)
    JONES DAY
    222 East 41st Street
    New York, NY  10017
    Telephone: (212) 326-3939
    Facsimile: (212) 755-7306

    Harry I. Johnson, III (*pro hac vice*)
    JONES DAY
    555 S. Flower Street
    Fiftieth Floor
    Los Angeles, CA  90071
    Telephone: (213) 489-3939
    Facsimile: (213) 243-2539

    Theresia Moser (*pro hac vice*)
    JONES DAY
    1420 Peachtree Street, N.E.
    Suite 800
    Atlanta, GA 30309
    Telephone: (404) 521-3939
    Facsimile:  (404) 581-8330

    *Attorneys for Defendant*
    *AstraZeneca LP*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on June 3, 2008, the foregoing was served

electronically and by U.S. first class mail upon the following counsel who have registered with

ECF:

> Charles Joseph
> Michael Palmer
> JOSEPH & HERZFELD
> 757 Third Avenue, Suite 2500
> New York, New York 10017
> Tel: 212-688-5640
> Fax: 212-688-2548

> James A. Jones
> GILLESPIE, ROZEN, WATSKY & JONES, P.C.
> 3402 Oak Grove Avenue
> Suite 200
> Dallas, TX 75204
> Tel: 214-720-2009
> Fax: 214-720-2291

> /s/ Shari M. Goldsmith

> Shari M. Goldsmith (SG-0909)
> Jones Day
> 222 East 41st Street
> New York, NY 10017-6702
> smgoldsmith@jonesday.com
> (212) 326-3939