# JOSEPH & HERZFELD LLP
Attorneys at Law

Charles Joseph
Diane Hester
Michael D. Palmer
D. Maimon Kirschenbaum
Brian P. Fredericks
Michael DiChiara*
*Also admitted in New Jersey and Massachusetts

Of counsel:
Andrew Dwyer**
**Also admitted in New Jersey

757 Third Avenue, 25th Floor
New York, NY 10017
Phone: (212) 688-5640
Fax: (212) 688-2548

www.jhllp.com



ORIGINAL

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-11-08

July 10, 2008

VIA FACSIMILE
(212) 805-6382

Honorable Victor Marrero
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 660
New York, NY 10007

Re: *Hummel, et al. v. AstraZeneca, et al.*
    Case No.: 07-cv-5473

Dear Judge Marrero:

This firm represents the Plaintiff in the above-referenced matter. I write to request an enlargement of the page limit for Plaintiff's Opposition to Defendant's Motion for Summary Judgment from 25 pages to 40 pages.

This is a complex class-action case in which Plaintiff is alleging that she was misclassified as an exempt employee. I have conferred with defense counsel, and "Defendant's position is that a page extension of more than 10 pages is unwarranted." "Defendant does not oppose an extension of 10 pages or less if Plaintiff and the Court are amenable to allowing this same page extension for Defendant's reply brief."

Accordingly, Plaintiff requests that the Court permit her to submit an Opposition Brief of up to 40 pages in length.

Thank you for your consideration of this request.

Respectfully submitted,

Michael DiChiara

cc: Harry Johnson, Esq.

> Request DENIED. The Court is not persuaded that the page extension is warranted. The case is no more complex for plaintiffs than it is for defendants, whose motion memorandum remained within the 25-page limitation. By appropriate use of the Rule 56.1 Statements and affidavits from knowledgeable persons, the parties can minimize unnecessary repetition of factual background in their legal briefs.
>
> SO ORDERED:
> 7-10-08
> DATE    VICTOR MARRERO, U.S.D.J.