1  GILLESPIE, ROZEN, WATSKY & JONES, P.C
   James A. Jones*
2  jaj@grwlawfirm.com
   3402 Oak Grove Ave.
3  Dallas, TX 75204
   (204) 720-2009; Fax (212) 720-2219
4  * Admitted Pro Hac Vice

5  KINGSLEY & KINGSLEY, APC
   George R. Kingsley, SBN-38022
6  Eric B. Kingsley SBN-185123
   Email: eric@kingsleykingsley.com
7  Gregory Givens, SBN-
   16133 Ventura Blvd., Suite 1200
8  Encino, CA 91436
   (818) 990-8300; Fax (818) 990-2903
9
   SPIRO MOSS BARNESS LLP
10 Ira Spiro, SBN-67641
   ira@spiromoss.com
11 Gregory N. Karasik, SBN-115834
   greg@spiromoss.com
12 Justian Jusuf, SBN-201507
   Justian@spiromoss.com
13 11377 West Olympic Blvd., 5th Floor
   Los Angles, CA 90064
14 (310) 235-2468; Fax (310) 235-2456

15 Attorneys for Plaintiff
   MARC BRODY
16

17                UNITED STATES DISTRICT COURT

18                CENTRAL DISTRICT OF CALIFORNIA

19 | MARC BRODY, , on behalf of himself      Case No. CV06-6862 ABC (MANx)
     and others similarly situated,
20                                           DECLARATION OF JAMES A.
            Plaintiff,                       JONES IN SUPPORT OF
21                                           PLAINTIFF'S RESPONSE TO
                                             DEFENDANT'S MOTION FOR
22      vs.                                  SUMMARY JUDGEMENT

23                                           [FILED UNDER SEAL PURSUANT
   ASTRAZENECA                               TO GEN. ORDER 08-02, AND THE
24 PHARMACEUTICALS LP; and DOES              PARTIES' 1/17/08 STIPULATION
   1 to 50, Inclusive,                       AND PROTECTIVE ORDER]
25
            Defendants.                      Date:       TBD
26                                           Time:       TBD
                                             Courtroom: 680
27
28

I, James A. Jones, state as follows:

1. I am a member of the bar of the State of Texas, am admitted in this case Pro Hac Vice, and am a name partner in the law firm of Gillespie, Rozen, Watsky & Jones, P.C., counsel for Plaintiff Marc Brody and the Class. I make this declaration in support of Plaintiff's Response to Defendant's Motion for Summary Judgment. This declaration is based on my personal knowledge and, if called by a court of law, I could and would competently testify to the facts set forth therein.

2. Attached as Exhibit 1 is a true and correct copy of relevant excerpts from the Deposition of Marc Brody, taken in this matter on November 7, 8 and 9, 2007.

3. Attached as Exhibit 2 is a true and correct copy of relevant excerpts from the deposition of Cindy Atha, Area Sales Director for AstraZeneca's CNS division in the western part of the United States, taken in this matter on February 28, 2008.

4. Attached as Exhibit 3 is a true and correct copy of relevant excerpts from the deposition of Debra Martin Ventura, Director of Sales Training at AstraZeneca, taken in this matter on January 11, 2008.

5. Attached as Exhibit 4 is a true and correct copy of relevant excerpts from the deposition of Karen Bradley, Executive Director of Commercial Strategy at AstraZeneca, taken in this matter on May 15, 2008.

6. Attached as Exhibit 5 is a true and correct copy of a document produced by AstraZeneca in discovery in this matter, titled "New Promotional Materials to Support NEXIUM" and Bates labeled as pages AZ B_C000820 – 828.

7. Attached as Exhibit 6 is a true and correct copy of a document produced by AstraZeneca in discovery in this matter Bates labeled as pages AZ B_C000944 – 957.

8. Attached as Exhibit 7 is a true and correct copy of a document produced by AstraZeneca in discovery in this matter Bates labeled as pages AZ

B_C001002 – 1022.

9. Attached as Exhibit 8 is a true and correct copy of a document produced by AstraZeneca in discovery in this matter Bates labeled as pages AZ B_C001222 – 1233.

10. Attached as Exhibit 9 is a true and correct copy of a document produced by AstraZeneca in discovery in this matter Bates labeled as pages AZ B_C001238 – 1249.

11. Attached as Exhibit 10 is a true and correct copy of a document produced by AstraZeneca in discovery in this matter, titled "AstraZeneca PSS Work Expectations" and Bates labeled as pages AZ B_C001336 – 1338.

12. Attached as Exhibit 11 is a true and correct copy of a document produced by AstraZeneca in discovery in this matter, titled "Overview of AstraZeneca Business Policies and Regulatory Review" and Bates labeled as pages AZ B_C0001538 – 1544.

13. Attached as Exhibit 12 is a true and correct copy of a document produced by AstraZeneca in discovery in this matter Bates labeled as pages AZ B_C004230 – 4231.

14. Attached as Exhibit 13 is a true and correct copy of a document produced by AstraZeneca in discovery in this matter Bates labeled as page AZ B_C0018072.

15. Attached as Exhibit 14 is a true and correct copy of a document produced by AstraZeneca in discovery in this matter, titled "AstraZeneca Field Sales Incentive Plan" and Bates labeled as pages AZ B_C0001820 – 1838.

16. Attached as Exhibit 15 is a true and correct copy of a document produced by AstraZeneca in discovery in this matter, titled "PSS Introduction by DSM to AstraZeneca Business Policies" and Bates labeled as page AZ B_C0001472.

17. Attached as Exhibit 16 is a true and correct copy of a document

1 | produced by AstraZeneca in discovery in this matter, titled "Gaining Access and
2 | Product Promotion" and Bates labeled as pages AZ B_C0002632 – 2673.
3 |     18.    Attached as Exhibit 17 is a true and correct copy of a document
4 | produced by AstraZeneca in discovery in this matter, titled "Policy on Promotional
5 | Activities" and Bates labeled as page AZ B_C0004202.
6 |     19.    Attached as Exhibit 18 is a true and correct copy of a document
7 | produced by AstraZeneca in discovery in this matter, Bates labeled as pages
8 | AZ0025072-88.
9 |     20.    Attached as Exhibit 19 is a true and correct copy of a document
10 | produced by AstraZeneca in discovery in this matter, titled "Canned Detail –
11 | Prilosec v. Prevacid" and Bates labeled as pages AZ0006596-97.
12 |     21.    Attached as Exhibit 20 is a true and correct copy of the declaration of
13 | Stephanie Fullerton originally submitted in support of Plaintiff's Motion for Class
14 | Certification.
15 |     22.    Attached as Exhibit 21 is a true and correct copy of the declaration of
16 | Linda Armas originally submitted in support of Plaintiff's Motion for Class
17 | Certification.
18 |     23.    Attached as Exhibit 22 is a true and correct copy of the Brief of
19 | Plaintiff/Appellant Gina D'Este filed in the Ninth Circuit Court of Appeals with
20 | regard to the matter of D'Este v. Bayer Corporation, No. 07-56577.
21 |     24.    Attached as Exhibit 23 is a true and correct copy of the Brief of
22 | Plaintiff/Appellant William Barnick filed in the Ninth Circuit Court of Appeals with
23 | regard to the matter of Barnick v. Wyeth, No. 07-56684.
24 |     25.    Attached as Exhibit 24 is a true and correct copy of the Brief of
25 | Plaintiff/Appellant Roxana Menes filed in the Ninth Circuit Court of Appeals with
26 | regard to the matter of Menes v. Roche Laboratories, Inc., No. 08-55286.
27 |     26.    Attached as Exhibit 25 is a true and correct copy of the USA
28 | Today/Kaiser Family Foundation/Harvard School of Public Health Survey entitled

1 | *"The Public on Prescription Drugs and Pharmaceutical Companies."* The survey is
2 | available at the website of the Henry J. Kaiser Family Foundation, www.kff.org.
3 |     27. Attached as Exhibit 26 is a true and correct copy of the declaration of
4 | Marc Brody originally submitted in support of Plaintiff's Motion for Class
5 | Certification.
6 |     I declare under penalty of perjury under the laws of the United States that the
7 | foregoing is true and correct.
8 |     Executed on May 19, 2008 at Dallas, Texas.

*[Signature]*
Digitally signed by James A. Jones
DN: cn=James A. Jones,
o=Gillespie, Rozen, Watksy, Jones,
ou, email=jaj@grwlawfirm.com,
c=US
Date: 2008.05.19 06:00:14 -05'00'

James A. Jones