**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
HOLLY HUMMEL,

          Plaintiff,

-against-

ASTRAZENECA LP,

          Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/10/08

07 CIVIL 5473 (VM)

**JUDGMENT**

    Defendant having moved for summary judgment pursuant to Fed. R. Civ. P. 56, and the matter having come before the Honorable Victor Marrero, United States District Judge, and the Court, on September 9, 2008, having rendered its Decision and Order granting defendant's motion for summary judgment, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated September 9, 2008, defendant's motion for summary judgment is granted; accordingly, any pending motions are withdrawn and the case is closed.

**Dated:** New York, New York
         September 10, 2008

                                            **J. MICHAEL McMAHON**
                                                Clerk of Court
                   BY:
                                                Deputy Clerk

                                                THIS DOCUMENT WAS ENTERED
                                                ON THE DOCKET ON _____